TODD A. HANCHETT, OSB No. 992787
todd.hanchett@stoel.com
KAREN L. O'CONNOR, OSB No. 953710
karen.oconnor@stoel.com
RACHEL S.D. GALE, OSB No. 221284
rachel.gale@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Plaintiff ASANTE HEALTH SYSTEM*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| ASANTE HEALTH SYSTEM, | Case No.: 1:25-cv-2167 |
| Plaintiff, | **COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF** |
| v. | |
| OREGON NURSES ASSOCIATION, | |
| Defendant. | |

Plaintiff Asante Health System ("Asante") alleges as follows:

### PARTIES

1.      Asante is an Oregon not-for-profit healthcare organization, with its principal place of business in Medford, Oregon. Asante operates medical facilities throughout Southern Oregon, including Asante Rogue Regional Medical Center ("ARRMC") in Medford. Asante is involved in an industry affecting interstate commerce.

2.      The Oregon Nurses Association ("ONA") is a labor union that represents registered nurses ("RNs") employed by Asante.

## JURISDICTION AND VENUE

3.      This is a civil action over which this Court has original jurisdiction under section 301(a) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185(a), as an action arising from a contract between an employer and a labor organization representing employees in an industry affecting interstate commerce.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this Complaint occurred in this District, and Defendant is subject to personal jurisdiction in this District. Venue is also appropriate in this District pursuant to section 301(a) of the LMRA.

## FACTUAL ALLEGATIONS

5.      Asante and ONA are parties to a Collective Bargaining Agreement ("CBA") effective October 1, 2023, through September 30, 2026. A true and correct copy of relevant portions of the CBA is attached to this Complaint as **Exhibit A.**

6.      The CBA states, in relevant part: "Without interrupting normal Hospital work and patient care routine, the duly authorized representative of the Association shall be permitted at reasonable times with prior written or emailed notice to the Director of Employee Relations, or designee, to enter the facilities operated by the Hospital for the purposes of administering this Agreement and observing conditions under which bargaining unit nurses are employed." *See* CBA Section 3.6(2).

7.      The purpose of the notice requirement in CBA Section 3.6(2) is to ensure that union business is conducted in areas that comply with patient safety protocols and federal health

information privacy requirements under the Health Insurance Portability and Accountability Act ("HIPAA").

8.     The CBA further states that "[a] grievance is a dispute arising out of the interpretation or application of this Agreement. [. . .] A grievance may be filed by the Association or a nurse under the following procedure regarding disputes which arise during the term of this employment agreement." *See* CBA Section 17.2.

9.     Asante has long enjoyed a positive working relationship with ONA. Among other things, Asante has historically trusted ONA's duly authorized representative to provide adequate notice of visits to hospital facilities, to conduct those visits for legitimate purposes, and to do so without interfering with patient care, patient safety, patient privacy, or hospital operations.

10.    In early April 2025, Asante became aware that ONA's duly authorized representative, Misha Hernandez, was violating the CBA by visiting hospital facilities without a legitimate purpose, without providing sufficient notice, in ways that failed to minimize disruption to  patient care and hospital operations, and in ways that risked unnecessary disclosure of patient privacy.

11.    On April 2, 2025, Ms. Hernandez provided Asante with less than two hours' notice that she would be visiting ARRMC. Her email did not state the purpose of her visit or the areas of the hospital she intended to access. Asante later discovered that Ms. Hernandez had entered sensitive patient care areas, including the Intensive Care Unit ("ICU") and the Cardiovascular Intensive Care Unit ("CVICU"), and had been accompanied by three other, unidentified visitors to whom she had apparently offered a "tour" of ARRMC's facilities.

12.    Ms. Hernandez's conduct violated Section 3.6 of the CBA by (1) failing to provide Asante meaningful advance notice of the nature of her visit; (2) bringing other,

unauthorized individuals onto hospital premises and into highly sensitive patient care areas; (3) offering those individuals a "tour" of ARRMC, which is not a purpose contemplated by the CBA; and (4) interfering with hospital operations and patient care, safety, and privacy, by entering and escorting others onto critical clinical care units.

13.    After investigating this incident, Asante sent Ms. Hernandez an email on April 14, 2025, explaining why her conduct was improper and requesting that, going forward, she provide at least 24 hours' notice of any planned visits, including whether those visits would require entry to clinical care areas. Asante further stated that Ms. Hernandez should request permission to bring any other third-party visitors not expressly authorized by the CBA with her when she entered hospital premises. These protocols were to ensure that Ms. Hernandez's visits complied with Section 3.6(2) of the CBA and did not disrupt patient care or hospital operations.

14.    Ms. Hernandez did not respect Asante's requests. Over the following weeks and months, she continued to provide minimal notice of her visits, usually by sending same-day notice emails and without clarifying the areas of the hospital she intended to enter. Often, Ms. Hernandez would state vaguely that she planned to be at the hospital "all week," without clarifying the times or duration of her planned visits, and without stating whether she planned to access clinical care areas. On several occasions, she provided email notice of her visits *after* she had already entered hospital facilities. Occasionally, she indicated that she intended to bring someone else with her on her visit, despite the CBA only permitting a single "duly authorized representative" to enter the hospital for certain legitimate purposes. *See* CBA Section 3.6.2. Ms. Hernandez also continued to access sensitive patient care areas for no apparent legitimate purpose.

15.    For example, on April 27, Ms. Hernandez took advantage of temporarily open

doors to enter the Emergency Department ("ED") without escort or authorization, toting a wagon full of shirts. Ms. Hernandez then handed out shirts and flyers to several on-duty employees in the ED. The CBA does not authorize Ms. Hernandez to distribute ONA promotional materials in clinical areas of the hospital, and Ms. Hernandez had not notified Asante that she intended to access the ED for this or any other purpose.

16.     On May 5, 2025, Ms. Hernandez emailed Asante that she would be on-site at ARRMC that day, and "all week," with another ONA representative. Asante pointed out that Ms. Hernandez was the only "duly authorized representative" permitted to perform site visits under the CBA, and further that she had not provided sufficient notice of the times she intended to visit, or the areas of the hospital she planned to access. Despite this follow-up, Ms. Hernandez did not provide the requested information.

17.     On May 7, 8, and 9, 2025, Ms. Hernandez provided Asante with same-day notice that she planned to enter ARRMC's facilities. She did not specify the purpose or time of her planned visits, or the areas of the hospital she intended to access. On each occasion, Asante responded to Ms. Hernandez to request this information and clarify that, without it, her access to the hospital would be denied. On each occasion, Ms. Hernandez failed to provide the requested information.

18.     This pattern continued throughout May 2025. Rather than provide Asante with sufficient notice of her visits, Ms. Hernandez accused Asante in repeated emails of bullying and surveilling her.

19.      On May 27, 2025, Asante provided ONA with a grievance regarding Ms. Hernandez's pattern of behavior.  On that same day, Ms. Hernandez responded, stating that the grievance was "not grievable."  On June 5, 2025, ONA denied the grievance.

20.     Over the course of the following months and through the present, Ms. Hernandez continued to provide Asante with—at best—same-day notice of her visits, without clarifying their purpose or the areas of the hospital she intended to access, and while continuing to ignore Asante's repeated requests for more information.

21.     Ms. Hernandez also continued to enter sensitive patient care areas without any apparent legitimate purpose, including the ED, ICU, CVICU, and Intermediate Care Unit ("IMCU"). Additionally, on several occasions, Ms. Hernandez accessed employee-only areas of the hospital, patient transport elevators, and/or nursing stations.

22.     On various occasions, Ms. Hernandez has been accompanied by other ONA-affiliated individuals. On other occasions, other ONA officials have notified Asante of their intention to access ARRMC's facilities *without* Ms. Hernandez, despite Ms. Hernandez being the only "duly authorized representative" with access rights under the CBA. *See* CBA Section 3.6(2). At least one ONA representative has entered the CVICU without notice, without Ms. Hernandez, and for no apparent legitimate purpose.

23.     Over approximately the last eight months, Asante has repeatedly and consistently asked Ms. Hernandez to provide more notice about the nature of her visits, and has repeatedly and consistently explained its concern that insufficient notice, particularly when Ms. Hernandez accesses clinical areas, poses risks to patient care, safety, security, and privacy, as well as hospital operations. Asante recognizes that, with proper notice, Ms. Hernandez may of course conduct union activities in public, non-clinical areas of Asante's hospitals and may, when necessary, access patient-care areas in order to carry out specific functions that cannot be performed elsewhere (such as, for example, attending an investigatory meeting that must be held in a clinical unit due to staffing constraints). However, Ms. Hernandez has refused to limit her

activities to public, non-clinical areas and continues to access patient-care areas without any permissible reason.

24.     Asante has denied Ms. Hernandez access to its facilities on several occasions due to her failure to provide sufficient notice and the resulting threat of disruption to patient care and hospital operations.

25.     Indeed, on November 11, 2025, security had to remove Ms. Hernandez from ARRMC after she entered one of the hospital lobbies 10 minutes *prior to* the vague notice email she later sent to Asante.

26.     Ms. Hernandez again attempted to access ARRMC without sufficient notice on November 19, 2025.

27.     Ms. Hernandez's pattern of conduct, and ONA's continuing refusal to address Asante's concerns, pose an imminent and ongoing threat to hospital operations and patient care and privacy, including patient rights under HIPAA.

28.     Asante has improved its security issues, reminded staff of its visitation and badge policies, and instructed security to remove Ms. Hernandez from the premises if she fails to receive approval from Asante.

29.      Notwithstanding these efforts, Ms. Hernandez and ONA continue to attempt improper access to Asante's hospital facilities.

30.     To date, Ms. Hernandez and ONA have refused to provide Asante with the advance notice and detail required to understand when, where, and why she will be accessing hospital facilities on any given date.

31.     Absent intervention from this Court, Asante will suffer irreparable harm due to ONA's ongoing improper efforts to access hospital facilities in contravention of the CBA,

including by entering sensitive clinical care areas and jeopardizing patient care, safety, and privacy.

## FIRST CLAIM FOR RELIEF

### Section 301(a) of the LMRA—Injunctive Relief

32.     Asante incorporates by reference paragraphs 1 through 30, above, as if fully set forth herein.

33.     A valid and enforceable CBA exists between Asante and ONA, which governs the terms and conditions for nurses represented by ONA at ARRMC.

34.     ONA's conduct violates Section 3.6(2) of the CBA by failing to provide sufficient notice of visits to ARRMC, interrupting hospital operations, and risking patient care, safety, and privacy, including under HIPAA, potentially subjecting Asante to liability.

35.     Asante submitted a grievance regarding these violations of the CBA, but ONA refused to process the grievance, rendering the grievance procedure futile.

36.     Injunctive relief preventing Ms. Hernandez or any other ONA official from entering Asante's premises without proper notice is appropriate because Asante will suffer irreparable injury if ONA is permitted to continue its course of conduct.

## SECOND CLAIM FOR RELIEF

### Section 301(a) of the LMRA—Declaratory Relief

37.     Asante incorporates by reference paragraphs 1 through 35, above, as if fully set forth herein.

38.     A declaration from this Court will terminate the parties' dispute and ensure that ONA representatives do not interfere with operations or patient care/privacy at Asante's hospital facilities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests relief as follows:

39.    A declaratory judgment pursuant to 28 U.S.C. § 2201 that ONA has violated Section 3.6(2) of the CBA by failing to provide required notice before visiting Asante's facilities;

40.    A declaratory judgment pursuant to 28 U.S.C. § 2201 that ONA has violated Section 3.6(2) of the CBA by allowing a representative other than the duly authorized representative to access Asante's facilities;

41.    A permanent injunction pursuant to Fed. R. Civ. P. 65 requiring ONA to provide reasonable advance notice of hospital visits and to state the purpose of such visits;

42.    A permanent injunction pursuant to Fed. R. Civ. P. 65 requiring that such access be limited to the duly authorized representative;

43.    An order enjoining ONA from accessing Asante's facilities absent sufficient notice, as described below;

44.    A declaration stating that CBA Section 3.6(2) requires ONA's duly authorized representative to provide written notice (1) 24 hours in advance of any visit to Asante's facilities, absent exigent circumstances; (2) stating the purpose of the visit, which must be consistent with the CBA; (3) stating the time and intended duration of the visit; and (4) stating the areas of the hospital the representative intends to access during the visit, subject to ARRMC approval, which would not be unreasonably withheld so long as the area is not a patient care area;

45.    Costs of this action; and

46.    Such other relief as the Court deems just and proper.

DATED:  November 21, 2025                STOEL RIVES LLP


_s/ Rachel S.D. Gale_
TODD A. HANCHETT, OSB No. 992787
todd.hanchett@stoel.com
KAREN L. O'CONNOR, OSB No. 953710
karen.oconnor@stoel.com
RACHEL S.D. GALE, OSB No. 221284
rachel.gale@stoel.com

_Attorneys for Plaintiff ASANTE HEALTH
SYSTEM_

# AGREEMENT BY AND BETWEEN

# OREGON NURSES ASSOCIATION

# AND

# ASANTE ROGUE REGIONAL MEDICAL CENTER

# October 1, 2023 through September 30, 2026

Note: This contract is effective the first full pay period starting after ratification, except as otherwise noted. All wage and benefit increases are effective the first full pay period of the month referenced.

## TABLE OF CONTENTS

DEDICATION.................................................................................................... I

PREAMBLE .................................................................................................... 1

ARTICLE 1 – RECOGNITION AND DEFINITIONS ....................................... 2

ARTICLE 2 – NONDISCRIMINATION .......................................................... 10

ARTICLE 3 – ASSOCIATION ....................................................................... 11

ARTICLE 4 – NEGOTIATIONS/CONTRACT TERM AND RETAINED RIGHTS.......... 17

ARTICLE 5 – AMICABLE RELATIONS DURING CONTRACT TERM ........................ 19

ARTICLE 6 – HOURS OF WORK ................................................................. 20

ARTICLE 7 – WORK ASSIGNMENTS AND FLOATING ............................. 30

ARTICLE 8 – LAYOFF AND JOB BIDDING ............................................... 39

ARTICLE 9 – EARNED TIME OFF (ETO) .................................................... 49

ARTICLE 10 – HOLIDAYS ........................................................................... 62

ARTICLE 11 – EMPLOYER SPONSORED DISABILITY PLAN (ESDP) .................... 64

ARTICLE 12 – LEAVES OF ABSENCE ....................................................... 68

ARTICLE 13 – BENEFITS ............................................................................ 71

ARTICLE 14 – PROFESSIONAL DEVELOPMENT .................................... 79

ARTICLE 15 – COMMITTEES ...................................................................... 86

ARTICLE 16 – EMPLOYMENT STATUS AND DISCIPLINE ...................... 95

ARTICLE 17 – GRIEVANCE PROCEDURE................................................. 100

ARTICLE 18 – ARBITRATION PROCEDURE ............................................. 104

ARTICLE 19 – SEPARABILITY ................................................................... 106

ARTICLE 20 – DURATION ........................................................................... 107

SIGNATURE PAGE ...................................................................................... 108

EXHIBIT A – ECONOMICS ......................................................................... 109

EXHIBIT B – OVERTIME CALCULATION RULES ..................................... 123

EXHIBIT C – HOSPICE AGREEMENT........................................................ 125

EXHIBIT D – WAGE RATES ........................................................................ 127

EXHIBIT E – WOMEN'S AND CHILDREN'S SERVICES – CLOSED SERVICE LINE ................................................................................................ 128

EXHIBIT F – NURSE RESIDENCY PROGRAM.......................................... 131

**CONTRACT RECEIPT FORM** ...................................................................................... **135**

**RESOURCES** ...................................................................................... **137**

**AGREEMENT BY AND BETWEEN**
**ASANTE ROGUE REGIONAL MEDICAL CENTER**

**AND**

**OREGON NURSES ASSOCIATION, INC.**

**PREAMBLE**

THIS EMPLOYMENT AGREEMENT is made by and between ASANTE ROGUE

REGIONAL MEDICAL CENTER (ARRMC), hereinafter the "Hospital," "ARRMC," and/or

"Facility," and the OREGON NURSES ASSOCIATION (ONA), hereinafter the

"Association" and/or the "ONA."  This Agreement will be effective, except as otherwise

indicated.

For, and in consideration of, the mutual covenants and undertakings herein contained,

Hospital and Association do hereby agree as follows:

1      **ARTICLE 1 – RECOGNITION AND DEFINITIONS**

2   **1.1**    **Recognition:** ARRMC recognizes the Association as the exclusive bargaining

3          representative with respect to the rates of pay, hours of pay, hours of work and

4          working conditions. The bargaining unit is composed of all registered nurses

5          employed by ARRMC who are providing direct patient care duties in the Hospital,

6          including charge nurses and staff RNs who also have educational

7          responsibilities, or Hospice Services, excluding supervisors, and educator RNs

8          while working solely in an educator code.

9

10  **1.2**    **Definitions:**

11

12      **A. Nurse:** A registered nurse (RN) currently licensed to practice professional

13          nursing in Oregon. (For the remainder of this document, "RN" and "Nurses"

14          will be synonymous in reference to this definition.)

15

16      **B. New Hire/Probationary Nurse:** A nurse will be on probationary status for six

17          months from the date of hire as a nurse. The purpose of the probationary

18          period is for the Hospital to determine if the employee can satisfy the

19          Hospital's performance expectations in all areas of skill, knowledge, work

20          ethic and all other aspects of quality patient care. The probationary period of

21          a nurse may be extended by the Association, the nurse, and the Hospital up

22          to sixty (60) additional days.

23

24      **C. Flexible Status Nurse:** The following designations define a Flexible Status

25          employee:

26

27          **1. Temporary:** A nurse working as an interim replacement or on a

28              temporary work schedule.

29

30          **2. On-Call:** A nurse assigned on a recurring basis as needed, with no

31              fixed schedule.

3. **Bid:** A nurse who has successfully bid one or more positions with regularly scheduled hours between .1 and .5 FTE per pay period.

Flexible status RNs will sign up with the individual unit schedulers or the Staffing office to cover Regular RNs' pre-planned ETO/ESDP requests or other pre-planned absences such as jury duty, FMLA leave, educational leave, etc., as well as urgent unexpected staffing needs. Flexible status RNs' availability is to the Hospital. It is acceptable for regular staff RNs to request that a Flexible status RN work for them, to cover for shifts where the regular status RN has been denied ETO or educational leave due to staffing issues, pursuant to Article 9.7.R procedures.

Flexible status RNs will work in direct patient care a minimum of 96 hours each calendar quarter, on shifts designed by Hospital schedulers subject to Clinical Managers' discretion to decide on some lower minimum hours requirement (as measured over two (2) consecutive calendar quarters). The Hospital also may modify this requirement in individual circumstances, for example, when an RN meets competency requirements in other ways than ARRMC work, or when the RN is eligible for full social security benefits only if he or she works fewer hours. The goal is to assure Flexible RNs have core competencies, not to enforce a rigid ninety-six (96) hour per quarter work requirement in all situations. This may include at least one weekend shift per four-week period and one major Hospital holiday a year as defined in Article 10.1 of the Agreement. Each Flexible status RN will be assigned a primary nursing unit on which the RN will normally be scheduled.

Flexible status Bid RNs will be scheduled time off per ETO-type approval process.

D. **Clinical Resource Nurse:** An RN required to float to a work unit where they are not adequately educated or oriented.

**E.** <u>**Nursing Resource Team Nurse:**</u> A nurse assigned to the Nursing Resource Team, which is a team of nurses dedicated to a service line and routinely assigned to work in the various units within that service line.

**F.** <u>**Critical Care Outreach Nurse:**</u> A nurse who acts as a clinical resource to the health care team to assist with high risk patients and promote optimal patient outcomes. The Hospital will make every effort to maintain the Critical Care Outreach Nurses in their regular assignment, unless there is an emergency that will compromise patient outcome or on a voluntary basis.

**G.** <u>**Regular Status Nurse:**</u> A nurse who is hired into one of the following:

    **1.** <u>**Full-time Nurse:**</u> Any nurse hired to work forty (40) hours every workweek or eighty (80) hours per fourteen (14) day pay period on a regularly scheduled basis (1.0 FTE). A nurse regularly scheduled to work three (3) twelve (12) hour shifts in a workweek or seventy-two (72) hours per fourteen (14) day pay period will also be regarded as full-time (0.9 FTE).

    An RN will be considered full-time if they successfully bids one or more positions with regularly scheduled hours which total at least 0.9 FTE (72- hours) per pay period.

    This applies even if one position is non-bargaining unit, for example, educators.

    **2.** <u>**Part-time Nurse:**</u> Any nurse hired to work twenty (20) or more hours every workweek or forty (40) hours per fourteen (14) day pay period on a regularly scheduled basis.

An RN will be considered part-time if they successfully bids one or more positions with regularly scheduled hours which total at least 0.5, but less than 0.9 FTE (forty (40) to seventy-one (71) hours) per pay period.

This applies even if one position is non-bargaining unit, for example, educator.

3. **Variable Days Coverage Nurse:** A Regular Status nurse who has bid into a variable pattern of days schedule on a specific unit and shift. Such positions will be limited to the number needed to cover predicted absences on the unit.

Such positions will not be used to permanently replace core staff however they will be counted as core positions for the purpose of fair and equitable rotation for call off and floating.

4. **Voluntary Hours Reduction:** ARRMC will consider requests for nurses to reduce FTE to accommodate an incumbent RN's desire for lesser hours. The requesting nurse will first meet with the clinical manager and request such reduction in hours. A committee of one Association appointed representative and one Hospital-appointed representative will facilitate consideration of such transitions and propose creative solutions if the RN and their clinical manager cannot agree.  This procedure will not be subject to the grievance and arbitration process.

H. **The Workweek:** The workweek begins as of 7:00 a.m. on Sunday of each week.

1     **I.**  <u>**The Workday:**</u> The workday will be defined as the twenty-four (24) hour
2          period commencing with the time the nurse first reports for work.
3
4     **J.**  <u>**Hourly Rate:**</u> Base pay plus all differentials.
5
6     **K.**  <u>**Operating Room Team Leader:**</u> An Operating Room (OR) nurse, assigned
7          by the OR clinical manager, who coordinates the surgical activities for one of
8          the following specialty surgical areas, including but not limited to:
9          ENT/Plastics, Neurology/Podiatry, Orthopedics, Cardio-thoracic,
10        Urology/GYN, and General- Vascular. OR team leaders do not carry twenty-
11        four (24) hour responsibility.
12
13     **L.**  <u>**Continuous/Service Employment:**</u> All nurses in the bargaining unit will be
14        considered continuously employed from the most recent date of hire as a
15        nurse in the bargaining unit.
16
17     **M.** <u>**Charge Nurse:**</u> A bargaining unit nurse designated or appointed to assist the
18        clinical manager in the operation of a nursing unit, but who does not carry 24-
19        hour responsibility for the unit in the absence of the clinical manager.
20
21        An RN will not be regularly assigned charge nurse duties or continue in
22        charge nurse status involuntarily, unless no other qualified RN is available or
23        willing to perform such duties.  ARRMC retains the sole right to select charge
24        nurses. Once selected, a nurse will not be removed from a charge nurse
25        position without advance notice of, and opportunity to correct, perceived
26        performance failings. Charge nurses will be removed from such positions for
27        failure to meet the charge nurse job requirements only, but such removal will
28        not itself be considered discipline.

**N.** <u>**Organized Nursing Unit:**</u> As designated by ARRMC, will have a clinical manager or charge nurse on each shift, except where the Hospital determines such staffing is not required.

**O.** <u>**Compensable Hours:**</u> All hours for which the nurse is paid by the Hospital excluding standby hours not worked only.

**P.** <u>**Seniority:**</u> Seniority is the total length of continuous service/ employment of any nurse, from his/her date of hire as a nurse in the bargaining unit, as measured by hours compensated and months worked.

<u>**Guidelines are as follows:**</u>

1. Each nursing unit will have an updated seniority list for the nurses in that established unit every six (6) months, which is to be kept in a convenient location for nurses in the unit to refer to.

2. Seniority is based on total months of service for all bargaining unit nurses employed at ARRMC/Facility. Bargaining unit seniority, not Facility or departmental seniority, will be used in all instances where seniority is applicable under this Agreement (except if this Agreement specifically provides to the contrary).

3. Eighty-six (86) compensated hours equals one month's seniority accrual. This figure is established in recognition of a part-time minimum regular work schedule. Additional compensated time such as scheduling, education, and overtime will count for seniority accrual purposes.

4. Non-Workers' compensation leaves of absence of up to twelve (12) weeks will count towards hours worked.

5. Workers' compensation and military leaves will count towards seniority in accordance with law.

6. A nurse will accrue no more than twelve (12) months' seniority per calendar year.

A printout of nurse seniority will be placed in Human Resources and the staffing office.  These lists will be updated annually by July 1.  Absent protest by September 1, the list will be considered final and accurate.

Q. **Preceptor/Mentor:** An RN who agrees and is assigned by management to assist new graduate nurses; or to provide orientation to an RN new hire or to RN transferee to a unit; or to mentor student nurses in a recognized integrative practicum. Where possible, preceptors/mentors will be assigned a reduced patient load.

R. **Care Partner Nurse:** A nurse who is a regular staff member on the unit who is able to demonstrate clinical competency for a specific patient population. The Care Partner Nurse will make themselves available to the CRN or Float nurse throughout the shift to assist with patient care and/or answer questions as needed.

S. **Hospice Case Manager:** The Hospice Case Manager is a bargaining unit nurse that is designated as the coordinator of the plan of care. The Hospice Case Manager is a core member of the Interdisciplinary Group (IDG), develops the plan of care, coordinates with other disciplines and members of the IDG, implements interventions, and evaluates the patient/family outcomes.

1     **T.** **<u>Travel/Agency:</u>** A nurse employed as an interim replacement or for temporary
2     work on a predetermined basis whose employment does not extend beyond
3     twelve (12) cumulative months per eighteen (18) month period.

4

5      • Travel/Agency RNs who work beyond twelve (12) cumulative months
6       per eighteen (18) month period providing direct patient care duties in
7       the Hospital will be required to accept a staff position and will be held
8       to the membership of collective agreement.

9

10     • This provision will not apply to International Nurses.

11

12     • The number of international nurses shall not exceed the equivalent of
13      10% of the total of the collective bargaining unit.

14

15     • Upon request, the Hospital will provide the number of nurses working in
16      a temporary capacity beyond six months, as well as the
17      unit/department in which they are working.

| | |
|---|---|
| 1 | **ARTICLE 2 – NONDISCRIMINATION** |
| 2 | **2.1** __Nondiscrimination Generally:__ In accordance with state or federal law, ARRMC |
| 3 | and the Association will not discriminate against nurses because of race, religion, |
| 4 | color, sex, age, national origin, marital status, sexual orientation, gender identity, |
| 5 | or physical or mental disability as defined by law.  An RN's personal lifestyle |
| 6 | choices, which have no work-related consequences, are not grounds for Hospital |
| 7 | decisions relating to employment, and ARRMC will not discriminate against RNs |
| 8 | on the basis of such choices. |
| 9 | |
| 10 | **2.2** __Disability and Reasonable Accommodation__.  It is recognized that the |
| 11 | Association and ARRMC are each obligated to comply with the Americans With |
| 12 | Disabilities Act, and to provide the protections granted in that Act to disabled |
| 13 | employees.  The employer, the Association, and affected RNs will jointly discuss |
| 14 | reasonable accommodation and/or disability discrimination issue and attempt to |
| 15 | resolve them amicably, whenever contractual provisions are involved in a |
| 16 | particular situation.  Whenever an RN's medical condition or medical fitness to |
| 17 | work is in question for any purpose under this Agreement, ARRMC may request |
| 18 | an independent medical examination at its own expense. |

**ARTICLE 3 – ASSOCIATION**

**3.1** **Association Membership Generally:** ARRMC recognizes the right of any nurse to become a member of the Association and will not discourage, discriminate or in any way interfere with the right of any nurse to become and remain a member of the Association. The Association recognizes the right of any nurse to refrain from becoming a member of the Association as provided hereunder, and the Association will not discriminate on account of the exercise of such right.

**3.2** **Association Membership or Fair Share Payments:** Nurses who, as of June 30, 1999, are members of the Association and those paying a "fair share" fee to the Association in lieu of dues will continue to do so as a condition of employment.

Nurses hired on or after July 1, 1999, will join the Association or pay a "fair share" to the Association in lieu of dues as a condition of employment.

Nurses who as of June 30, 1999, are not members of the Association or who do not pay a "fair share" fee to the Association in lieu of dues will not be required to join or pay a "fair share" fee; however, those nurses who do join or elect to pay a "fair share" fee to the Association in lieu of dues will thereafter maintain that status as a condition of employment.

    **A.** **Notification to New Hire Employees:** New Hire RNs will acknowledge in writing the receipt of information regarding Association membership options and designate their choice in writing no later than the 31st day after the date of hire. The Association, upon request, may inspect such documents. Hospital officials will provide information to new hires and applicants about Association membership options in a neutral manner, without attempting to influence a nurse's choice. Hospital officials will explain in writing and have the new hire nurses sign a statement of agreement/acknowledgement of their obligation to fulfill and maintain one of the options presented to them as a condition of employment at ARRMC.

1    One copy of this statement will be placed in the personnel file of the nurse
2    and a copy sent to the Association.

3

4    **B.  <u>Termination Clause:</u>**  If a nurse required to maintain Association
5    membership or fair share payments is in non-compliance, the Association
6    will notify the nurse in writing that he/she is delinquent in the satisfaction of
7    his/her obligations and provide a copy of this notice to the Hospital. The
8    Association will allow the delinquent nurse thirty (30) calendar days to
9    come into compliance.  If the nurse remains delinquent, termination from
10   employment by the Hospital will occur within seven (7) calendar days.

11

12   **3.3   <u>Charitable Payments in Lieu of Full Membership/Fair Share:</u>** A nurse who is
13   a member of and adherent to teachings of a bona fide religion, body or sect
14   which has historically held conscientious objection to joining or supporting a labor
15   organization, or an RN who does not desire to join or pay fair share for personal
16   reasons, will not be required to join or financially support the Association, but will
17   in lieu of such financial support pay sums equal to "fair share" dues to the ONA
18   fund for RNs, founded to develop and support RN students and new grads, or to
19   the Children's Miracle Network and will provide the Association with proof of
20   payment on request. In the event this class of exemption will at any time be
21   interpreted by any court or government agency of competent jurisdiction, such
22   interpretation will be controlling in the application of this exemption.

23

24   **3.4   <u>Collection:</u>** ARRMC will deduct Association membership dues, "fair share" dues,
25   ONA Scholarship Fund contributions, or Children's Miracle Network contributions
26   from the wages of each nurse who voluntarily agrees to such deductions and
27   who submits an appropriately written authorization.

28

29   New hire RNs who elect such automatic deductions will have appropriate
30   deductions made beginning the first pay period of the month following the first full
31   month of employment and continuing thereafter. The Association will inform the

Hospital each year of the amount of monthly dues and fair share contributions. The Hospital will remit the aggregate deduction monthly, together with an itemized statement of all RNs and all deductions, to the Association and to the ARRMC Association chair.

**3.5** <u>**Information to the Association:**</u> The Hospital will provide the unit chairperson and the Association written notice within fourteen (14) calendar days of the nurse's first day on the job, specifying: name, unit of initial assignment, shift assignment, address, and telephone numbers. Within thirty (30) days after the execution date of this Agreement, ARRMC will provide the bargaining unit membership chairperson with a master list of covered nurses showing the nurse's name, address, and date of continuous employment.

ARRMC agrees to provide to the designated Association representative, on a monthly basis, in an Excel spreadsheet, the full names, address (street name and number, city, state, and zip code), phone number, full-time equivalency (FTE), unique employee identifier, primary shift and unit, seniority date, and termination date, if any.

A nurse must notify the Association Member Services Department, in writing, of any changes to membership status to the following email, phone number and/or physical address:

Member Services Department
Phone: 503-293-0011
Email: memberservices@oregonrn.org

Oregon Nurses Association
18765 SW Boones Ferry Road, Suite 200
Tualatin, OR  97062
Attn: Membership Services

1      If the bargaining unit nurse has elected a payroll deduction option, the

2      Association will notify the Hospital of the change to begin deducting the proper

3      amount for changed membership options.

4

5  **3.6**    **Association Access/Meetings at the Hospital:**  The Association may hold

6      bargaining unit meetings in the Facility to deal with matters related to the

7      administration of this Agreement by scheduling such meetings with the

8      appropriate scheduling office at mutually agreeable times and places. The

9      Association will give ARRMC reasonable advance notice of scheduled

10     Association meetings at the Facility. Normally such meetings will not be

11     conducted in nursing unit lunchrooms or break rooms.

12

13          **1.**  **Association Representative:** The Association will inform the Hospital as

14                to its official representative for purposes of representation. The parties

15                acknowledge their respective obligations under the National Labor

16                Relations Act to negotiate with one another only through official

17                representatives.

18

19          **2.**  **Access to Premises:** Without interrupting normal Hospital work and

20                patient care routine, the duly authorized representative of the Association

21                shall be permitted at reasonable times with prior written or emailed notice

22                to the Director of Employee Relations, or designee, to enter the facilities

23                operated by the Hospital for the purposes of administering this Agreement

24                and observing conditions under which bargaining unit nurses are

25                employed.

26

27      The Association may place easels with signs indicating the location of ONA

28      meetings and activities at the Hospital, at the Hospital entry points and at meeting

29      locations.

**3.7** **Association Bulletin Boards:** The Hospital will provide a 20x20 inch, visible and accessible Association Bulletin Board: (1) in each unit break room and/or common area as mutually agreed between the Vice President for Nursing or designee and the unit representative chairperson; (2) inside third floor nursing complex; (3) in the employee cafeteria (36x36 inch).  Posted Association communications will be confined to Association Bulletin Boards only, and only Association postings will be put on these boards.

**3.8** **Association and PNCC Mailbox:** ARRMC will place a lockable mailbox affixed to the wall in the employee cafeteria, for Association correspondence and PNCC communications.  (Keys to be provided to the Association chairperson.)

**3.9** **Association New Hire Orientation:** The Association membership representative will have up to thirty (30) minutes to meet with newly hired RNs during weekly orientation at a mutually agreed day and time.  ARRMC will announce that an Association representative will be available during the paid orientation for thirty (30) minutes to address the RNs and to respond to questions about the Association and that RN attendance is required. The Association representative(s) will not be paid for time spent in the Association's informational meeting. New hire RNs who attend will be paid for thirty (30) minutes. If orientation is done virtually, the ONA presentation will be at a mutually agreed upon day and time. ARRMC will provide the Association membership representative advance notice if there is no new hire RN at a particular orientation session. In addition, ARRMC will place an Association prepared information sheet in the new hire information package it hands out to new hire bargaining unit RNs prior to each orientation. The Association will also be given a thirty (30) minute time slot just prior to the lunch break at the Hospital New Grad orientation dates on day one (1) of the mandatory orientation schedule.

1   **3.10**   <u>**New Non-Bargaining Position Postings Requiring RN License:**</u> ARRMC will

2      provide the Association with written notice of new non-bargaining unit position job

3      titles or codes, and the new job description, for which an RN license is required.

4      Such notice will be given at least fourteen (14) days before the new position is

5      posted.

1    **ARTICLE 4 – NEGOTIATIONS/CONTRACT TERM AND RETAINED RIGHTS**

2    **4.1    Retained Rights**.  ARRMC retains all of the rights, powers and authorities

3          exercised or had by it prior to the execution of this Agreement, except as

4          expressly limited by a specific provision of this Agreement.

5

6          It is agreed that the operation of the Hospital and the direction of the nurses,

7          including the making and enforcing of rules to assure orderly, safe and efficient

8          operation; the right to hire, to transfer, to promote, to demote; to establish,

9          discontinue or modify either non-contractual past practices or work rules (after

10         full negotiations with the Association on changes in mandatory subjects); to set

11         work schedules and staffing levels (not including changes in overtime status

12         under Article 6.5); and to lay off for lack of work are rights vested exclusively to

13         ARRMC and are subject to its sole discretion except as abridged by this

14         Agreement.  The above listing is not all-inclusive but indicates the types of

15         matters which belong to or are inherent to management.

16

17         Such "full negotiations" on mandatory subjects shall occur for a maximum of thirty

18         (30) calendar days from the first meeting of the parties, after which the Hospital

19         will be entitled to implement the change in question as it may be modified after

20         such negotiations.

21

22         The grievance procedure, Article 17, is available for the Association to challenge

23         any ARRMC policy.  The Association may challenge any such policy in arbitration

24         through Article 18 as being in violation of the contract, as being unfairly,

25         inconsistently, or improperly applied, or for other valid reason as determined by

26         the arbitrator but will not challenge in arbitration any ARRMC policy on the sole

27         grounds that different content is preferred.

28

29         It is the responsibility of each nurse to renew their license before it expires.

30         ARRMC may discipline a nurse that fails to renew their license before it expires.

31         Prior to disciplining such a nurse, ARRMC will consider all mitigating factors to

determine whether discipline is appropriate and the level of discipline that may be appropriate. Nurses who timely renew their licenses will not be subject to discipline and will be allowed to work even if their license is "active pending." Such nurses will be required to notify their managers once their status changes (for example, changing from "active pending" to "active").

Notwithstanding the foregoing, the Hospital generally will provide reminders to nurses regarding the status of their license through its automated system, with the understanding that a failure of the automatic system does not impact a nurse's responsibility for his/her license renewal.

**4.2** **Entire Agreement**. This Agreement constitutes the entire Agreement and understanding arrived at by the parties after negotiations. During said negotiations which resulted in this Agreement, the Association and ARRMC had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining.

The final resolution of pay practice disputes under the 2002-2005 contract will continue during this renewal contract.

**4.3** **Substance Abuse Policy**. ARRMC will not develop, modify, or implement a substance abuse policy that violates the terms and conditions of the contract. The Association will meet with ARRMC administrative officials to determine mutually agreeable amendments to the current policy, subject to the procedure outlined in Article 4.1 hereof. The policy and any changes thereto will be applicable to all ARRMC employees.

1  **ARTICLE 5 – AMICABLE RELATIONS DURING CONTRACT TERM**

2  In view of the importance of the operation of the Hospital facility to the health and

3  welfare of the community, ARRMC and the Association agree that there will be no

4  picketing, strikes, or other interruptions of work by the Association or nurses either

5  department-wide or ARRMC-wide during the term of this Agreement.  There will be no

6  lockouts by ARRMC during the term of this Agreement.

## ARTICLE 6 – HOURS OF WORK

**6.1**    **Weekend Schedules:** Nurses will be granted at least every other weekend off. This requirement may be waived on the request of an individual nurse and with the agreement of the nurse's supervisor. Such request for waiver will be in writing and will indicate the time period in which such waiver will be in effect. ARRMC will furnish a copy of such written waiver to the nurse representative designated by the Association for such purpose. A nurse who works on a non-scheduled weekend at the request of management will be paid at one and one-half (1 ½) times the nurse's regular rate of pay for all weekend hours worked. Flexible status RNs will also be eligible for consecutive weekend premiums. This premium rate will not apply to nurses whose weekend work results from a waiver or from a schedule change requested by a nurse who has traded a scheduled weekend with another nurse.

**6.2**    **Meal Break:** Each shift worked by a nurse will include one one-half hour meal break on the nurse's own time at a site away from the nurse's work unit if the nurse prefers.  The meal break will be as near as practically possible to the middle of the shift.

If an RN misses a meal period, that time (thirty (30) minutes) will be paid as worked hours.

Any RN who is scheduled to work and works six (6) hours or more and misses his/her meal break will be paid double time for the missed meal break.

**6.3**    **Rest Breaks:** RNs working eight- or ten-hour shifts will receive two 15-minute breaks, during which they will be relieved of all duties. RNs working twelve (12) hour shifts will receive three (3) fifteen (15) minute breaks. Breaks will be taken each four hours whenever possible. Breaks may be combined (for example, a second and third break for a twelve (12) hour RN taken together for a thirty (30) minute break) by agreement of the charge nurse or clinical manager and the

nurse, in light of unit preferences and patient care needs. In addition, breaks may be pre-scheduled using a sign-up sheet whenever possible. If scheduled breaks need to be adjusted due to patient care requirements, every effort will be made to facilitate breaks later in the shift. It is understood that this is a dynamic procedure requiring the best efforts of all unit staff.

If an RN misses a break period, they will be paid the regular hourly wage for an additional one-fourth (1/4) of an hour for the missed break period.

A nurse who misses a meal or rest break will accurately record this fact in their time record.  It is understood that a missed break or meal period due to patient care requirements is not a basis for disciplinary action.

Nurse managers will encourage RNs to report missed breaks or meals and will support them in all such reports. There will be no public or publicized criticism of individual RNs for missing their meals/breaks or reporting such. The goal is to work collaboratively to find a way to solve the problem of missed breaks or meals, not necessarily to allocate blame for the problem. The RN and charge nurse will communicate proactively and appropriately regarding coverage for breaks and meals. The RN retains personal responsibility to take breaks and meals when offered and reasonable as long as patient care is not compromised.

ARRMC will provide training on the importance of taking meal and rest periods, use of the time-recording system for recording missed meal and rest periods, non-retaliation for reporting missed meal and rest periods, personal responsibility for taking meal and rest periods, and methods for proactive communication with the charge nurse regarding scheduling meal and rest periods.

1   ARRMC will continue to maintain an electronic means for tracking missed meal
2   and rest periods at the end of an employee's shift.  This will not relieve a nurse
3   from the requirement to proactively communicate with the charge nurse
4   regarding meal and rest periods.

6   The Hospital Nurse Staffing Committee will be provided with missed meal and
7   rest period reports on a quarterly basis.

9   Each Unit-Based Staffing and Scheduling Committee will develop a written plan,
10  in accordance with the procedures provided in Section 15.5 of this Agreement, to
11  provide meal and rest periods on their unit, which may include the use of a relief
12  nurse.

14  **6.4**  **Break for Expression of Milk:** Lactating employees at work will be provided
15  reasonable rest periods each time the employee has a need to express milk in a
16  private location to express milk for children up to 24 months of age, except in
17  situations where circumstances make it impossible (i.e., emergent situations). To
18  receive this accommodation, employees must notify Employee Relations and/or
19  their manager of their need to express milk, and the Hospital will not discipline
20  any employee who has received this accommodation.

22  **6.5**  **Overtime Compensation Generally:** Overtime compensation will be paid at one
23  and one-half times the nurse's regular rate of pay as defined under the Federal Fair
24  Labor Standards Act. Overtime will be paid under the following conditions:

26  A. **8 & 80 Rule** – Overtime will be paid for those hours worked in excess of
27  eighty (80) hours per pay period and/or in excess of eight (8) hours in any
28  workday.

**B.** <u>**40 Hour Extended Rule**</u> – For nurses who routinely work more than eight (8) hours per day overtime will be paid for hours worked in excess of forty (40) hours per seven (7) day workweek and any additional hours worked in excess of the nurse's scheduled ten (10) or twelve (12) hour shift.

**C.** <u>**40 Hour Rule**</u> – RNs will receive overtime pay for hours worked over forty (40) in a workweek only, regardless of hours worked on a particular shift, except that all work time over twelve (12) continuous hours on a shift will be compensated at a double time rate. By mutual agreement between ARRMC and the individual nurse involved, the parties may agree to some shift other than eight (8) hours in a pay period of forty (40) hours which also alters the above overtime provisions. Any such agreement will be reduced to writing and signed by both the nurse and ARRMC. The written agreement between ARRMC and the nurse concerning an alternative shift other than eight (8) hours will also confirm any impact of such alternative schedule on differentials or eligibility for fringe benefits. Within thirty (30) days of execution, ARRMC will forward a copy of the agreement to the Association.

**6.6** <u>**Continuous Days of Work Premium:**</u>

**A.** <u>**Eligibility:**</u> A nurse who works more than five (5) consecutive full shifts (12-hour scheduled RNs) or six (6) consecutive full shifts (eight (8) or ten (10) hour scheduled RNs) without a day off will be eligible for continuous days of work premium.

A full shift for eligibility shall be the number of hours a nurse is normally scheduled to work. If a nurse is normally scheduled to work shifts of varying lengths, a full shift will be the length of the shortest scheduled shift (minimum of eight (8) hours).

When an RN is called in from scheduled standby on Saturday or Sunday, and the call-in hours paid equal or exceed the lowest hours of the nurse's regularly scheduled shifts, the day will be considered a full shift for purposes of this Section.

**B.** **Premium Pay:** Once eligible for continuous days of work premium, a nurse will be compensated at the rate of time-and-a-half for each day worked or portion thereof until granted a day off. Hours worked over forty (40) in a workweek that also qualify for the consecutive day's premium will be paid at double time.

**C.** **Waiver:** This requirement may be waived on the request of an individual nurse and with the agreement of the nurse's supervisor. Such request for waiver will be in writing and will indicate the time period in which such waiver will be in effect. ARRMC will furnish a copy of such written waiver to the nurse representative designated by the Association for such purpose.

Time scheduled but not worked on standby does not count as time worked under this Article. Staff requested/voluntary in-service or paid educational days off (outside the Hospital) will not count as consecutive days of work regardless of length. When this consecutive day premium is operative, it will no longer apply after the date of a day off offered to the RN by the Hospital.

**6.7** **In-Service Programs and Overtime:** When a variety of mandatory in-service program times are offered, the RN is encouraged to attend the in-service that will not result in overtime, if at all reasonably possible. This Section is not intended to require attendance at in-services at times which conflict with patient care responsibilities or an RN's reasonable time off for rest. It is all nurses'

1    responsibility to work with scheduling to place any mandatory in-service
2    programs on their schedule. Nurses will not be subject to discipline when they
3    have made good faith efforts to schedule education.

4

5    **6.8**    **Overtime Review:** All overtime actually worked will be paid at the appropriate
6    overtime rate and subject to management review.

7

8    **6.9**    **Non-Duplication of Overtime/Premium Pay:** There will be no duplication of
9    overtime or payments and other time paid but not worked (sick leave, funeral
10   leave, vacations, etc.) for the same hours worked or paid under any one of the
11   provisions of this Agreement. To the extent that hours are compensated at
12   overtime or premium rates under one provision, they will not be counted as hours
13   worked in determining overtime under the same or any other provision; provided,
14   however, that if more than one provision is applicable, the higher rate will apply.
15   This non-duplication of overtime/premium rates rule does not apply to CNI, ASI,
16   standby, or shift differential.

17

18   **6.10**   **Holiday Pay and Hours Overtime Calculation:** Holiday hours worked, even
19   though paid at the rate of time and a half, will count as straight time hours for
20   purposes of computing eligibility for overtime. Only holiday hours worked and
21   ETO hours taken on a holiday will count as straight time hours for purposes of
22   overtime pay eligibility calculations. Notwithstanding any prior practice, for
23   calculating overtime pay eligibility in holiday or non-holiday weeks, no other paid
24   non-working time counts as straight time hours for this purpose.

25

26   **6.11**   **Equitable Rotation of Overtime:** ARRMC will attempt to distribute overtime
27   among nurses on each unit and on each shift on an equitable basis while also
28   recognizing the dictates of sound patient care.

1   **6.12    <u>Unit Scheduling:</u>** Nurses will not be involuntarily regularly scheduled to work
2          different shifts (day, evening or night), and will not be involuntarily regularly
3          scheduled to work a shift length different from their bid shift length. The Hospital
4          may change a bid shift start time by up to two (2) hours before or after the normal
5          start time. When a nurse volunteers for a new permanent start time, that new time
6          will be considered their new bid shift start time. This definition will not be
7          interpreted to change or modify any other provisions of this contract with respect
8          to shifts, for example, shift premium provisions. After a unit schedule is posted,
9          an RN will not be involuntarily replaced on the schedule and an RN's scheduled
10         start time will not be changed absent emergency or mutual agreement.

12         The Hospital will not schedule RNs involuntarily over forty (40) hours on
13         consecutive days, regardless if over two (2) workweeks.

15         A non-variable shift RN may trade days with another RN on the same unit and
16         shift, on a permanent basis, as long as there is no change in current unit balance
17         and there is no cost increase to the Hospital and seniority is respected. There will
18         be at least fourteen (14) days electronic notice and posting by the involved RNs
19         on a unit of a proposed trade to allow the senior nurse to exercise seniority rights.

21         It is the responsibility of each nursing unit to post a four (4) week balanced
22         schedule, a minimum of four (4) weeks in advance. The unit will also develop and
23         implement decisions, protocols, communications, guidelines, and rules to
24         accomplish this responsibility, pursuant to Article 15.5 procedures and protocols.
25         Hospital management will audit such units to ensure compliance with this
26         schedule posting requirement, with audit results provided to the Labor
27         Management Committee.

29         In addition, RN seniority and status will be considered in scheduling, as follows:
30         When a scheduling conflict arises, regular status and bid flexible status seniority
31         will be used to prioritize desirable schedules up to the RN's budgeted FTEs. On

1  units with established schedules, regular status and bid flexible status nurses

2  cannot be bumped out of their regular schedule by another nurse.

3

4  Nurses' regularly scheduled days will not be changed without mutual consent

5  prior to schedule posting, as long as the schedule can be balanced by available

6  staff. The rotational list will be posted on each unit. In balancing schedules prior

7  to posting, the Hospital will not flex nurses if it will result in staffing that is below

8  core.

9

10  The Hospital will maintain its program to facilitate higher seniority RNs to move to

11  lower hour scheduled shifts.

12

13  **Island Days:** Starting October 2024, full-time night shift RNs who have been on

14  night shift for more than two (2) years will not be required to work Island days as

15  part of their regular schedule, provided that this may result in a nurse agreeing to

16  schedule alterations that may include the following: 1) agreement to a schedule

17  pattern where the RN is routinely scheduled for over forty (40) hours on

18  consecutive days. or 2) agreement to a schedule where the RN is routinely

19  scheduled on consecutive weekends. These schedules will be considered

20  "voluntary for purposes of waiving otherwise applicable premium pay. Island days

21  are defined as single days of work not contiguous to other scheduled work days.

22  The Unit-Based Staffing and Scheduling Committees may present patterns to

23  achieve the goal of eliminating Island days.

24

25  **6.13**  **Use of Traveler RNs in Scheduling and Overtime/Extra Shifts:** The following

26  order will be utilized in scheduling Traveler RNs on the regular schedule, and

27  when there are additional shifts available:

28     **1.**  Bargaining unit RNs on the unit will be scheduled in accordance with 6.12.

29       above.

30

31     **2.**  Traveler RNs will be tentatively scheduled.

3. Bargaining unit RNs will be offered additional available shifts and to fill holes.

4. Traveler RN schedules will be adjusted to accommodate bargaining unit RN requests when possible.

5. Bargaining unit RNs will be offered any applicable ASI shifts.

6. Traveler RNs will be offered any remaining open shifts after bargaining unit RNs have been granted ASI.

**6.14** **_Scheduling Mandatory Standby or Overtime:_** Mandatory overtime is defined as any overtime for which a nurse is required to stay over their schedule without right of refusal. Mandatory standby (defined in Exhibit A.6.1) or overtime is not intended to substitute for adequate staffing of nursing units. It is understood that mandatory overtime is not to be used to resolve routine inadequate staffing, and that continuing or persistent overtime indicates a need for additional staff. Mandatory overtime will be required of on-duty RNs only in the following circumstances:

A. Work time over an RN's scheduled shift will be required only in accordance with current Oregon law.

B. Overtime work in such situations will not be required absent discussion with the charge nurse and approval by clinical manager or management designee.

C. The Hospital Nurse Staffing Committee will review all mandatory overtime situations (of any sort) at least annually in an attempt to set guidelines for the future to minimize such incidents.

**D.** Work time (voluntary or mandatory) over twelve (12) continuous hours on a shift will be compensated at a double time rate.

**E.** No work over twelve (12) hours in a twenty-four (24) hour period will be required, except in accordance with applicable Oregon Law.

**F.** No work over sixteen (16) continuous hours will be required, absent instituting the disaster protocol. In such event, the above procedures/rules will also apply.

**6.15** <u>**No Hours Guarantee:**</u> Nothing contained in this Agreement will be construed as a limitation on or a guarantee of hours of work available during the workweek.

**6.16** <u>**Payroll Accountability:**</u> The Hospital may form a committee with the goal of meeting the following goals by the end of the contract:

- By the end of business day Tuesday, following the payroll ending week, the timekeeping system will have the timecards finalized including missed punches, unaccounted hours, etc.

- By noon on Thursday following the payroll ending week, pay stubs will be in the HRIS system and accessible for employees. A payroll representative will be available and live during regular business hours to engage nurses regarding their paychecks, timekeeping system issues, and other issues related to payroll. A Hospital payroll representative will have the power to edit payroll and enforce payroll corrections subject to internal Asante procedures.

  - Note: the referenced time-frames may be adjusted as a result of recognized holidays.

**ARTICLE 7 – WORK ASSIGNMENTS AND FLOATING**

**7.1** **Assignments Generally:** The parties agree that nurses should be assigned to nursing units in which they have been oriented and possess the necessary education, experience, and qualifications. See Article 15.4 for staffing guidelines.

**7.2** **Scheduled RN Work Preferences:** Scheduled nurses will have preference in assignments over nurses who are called in. Bargaining unit RNs will have preference in assignments over Travel/Agency RNs. This policy will be subject to review every six (6) months to ensure that its enforcement does not create staffing problems. If such problems occur, the parties will meet to modify this requirement. The Association agrees that it will not unreasonably withhold agreement to modify.

**7.3** **Volunteers to Float:** When a need for floating arises outside of the clinical groupings provided in Section 7.4, Travel/Agency RNs will be floated prior to any Bargaining Unit nurses. If staffing needs cannot be filled by Travel/Agency RNs, NRTs will be placed in any remaining holes. If further staffing needs exist, volunteers will be solicited from the shift followed by regular and flexible status nurses by rotation on an equitable basis. In light of the requirements of the particular nursing situation, qualifications for floating assignments will be determined by the Hospital. Qualifications for floating assignments will be based on unit requirements within clinical groupings, developed as part of the staffing plans pursuant to article 15.3. In making such assignments, the Hospital will follow Section 7.4.

RNs, when asked to work on an unscheduled day, including same day CNI, (not a standby day), will be informed if there is a float possibility, and if so, to what unit(s), so that the RN can make a fully informed choice as to accepting the requested call to work. If an RN accepts a call into work without being so informed of such a float possibility:

1        **A.** The RN may insist on home unit, including buddy unit float, work only for
2        the entire call and shift; or

3

4        **B.** If not put to work on the home unit, may decline to work, go home, and
5        receive two (2) hours minimum call-in pay.

6

7    Absent mutual agreement, an RN will only be required to float to one other
8    nursing unit per shift (return to home unit from a float assignment is not a
9    separate second float).

10

11   **7.4**    **Floating Assignment Guidelines:** In situations where nursing needs cannot be
12    met from the Nursing Resource Team or on duty RNs or volunteers on shift, the
13    Hospital will make floating assignments under the following guidelines.

14

15    When float assignments are necessary, considerations will be made for services,
16    clinical groupings, and stand-alone units. Services will include clinical groupings
17    with similar competencies but differing patient populations/acuity. Clinical
18    groupings, within services, will include units that have similar competencies and
19    similar patient populations/acuity. Stand-alone units have unique competencies
20    and patient populations that are not like another unit.

21

22    **A.** **Clinical Groupings within Services:**
23        • Adult Inpatient Services
24        • Critical Care Units (Closed):
25            o CVICU/ICU/IMCU (These units include Critical Care patients
26            boarded in alternate care areas and Cardiac Step-Down Unit
27            designated patients)
28        • Medical Surgical Units:
29            o General Medicine
30            o Medical Oncology
31            o Post-Surgical

1              o   Orthopedics-Neuroscience

2              o   Cardiac Center

3                 (These units include Medical-Surgical patients boarded in alternate

4                 care areas)

- Behavioral Health Services:
  - o Behavioral Health
  - o PCU
- Women's and Children's Services:
  - o Women's Departments: (See Exhibit E; MOU on WCS Closed Service Line)
    - Family Birth Center
    - OB Emergency Department
    - Family Newborn (Maternal Child)
  - o Children's Departments:
    - NICU
    - Pediatrics
    - Outpatient Pediatrics Infusion
- Emergency Services:
  - o Emergency Department
  - o CDU
  - o Asante Immediate Care (Black Oak)

**B.** Stand Alone Units:

- Cath Lab
- CVR
- EFR
- Endoscopy
- Imaging
- Infusion Services (This includes the Heimann Cancer Center)
- Inpatient Rehab
- MRI

- Nuclear Medicine
- Operating Room
- PACU
- Radiation Oncology
- Short Stay Unit
- Vascular Access
- Wound Care

NOTE: the timeline for closing the Critical Care and Women's and Children's service lines is as follows:

**A.** February 2024: close service line.

**B.** July 2024: Service Line Council will be formed and begin meeting to develop a competency/education plan.  Will meet monthly until orientation/education begins with plans to meet quarterly thereafter to assess for needed changes.

**C.** January 2025: Orientation and education requirements set forth by the Service Line Council will begin. Orientation order will be determined by the Service Line Council.

The Labor-Management Committee, in cooperation with the Staffing Committee, may reconfigure stand alone and clinical groupings during the contract term.

Floating assignments will be made with appropriate regard for the orientation of available nurses, excess staff in units, and patient care needs. RNs floating within a clinical grouping will take a regular patient assignment. RNs floating outside of their clinical grouping but within the service will be considered a CRN and given a modified patient assignment. RNs floating outside their service/stand-alone unit will be utilized as a CRN in a limited capacity as described below. RNs who float will do so in accordance with Staffing Committee

guidelines, subject to the nurse's professional judgment as to the patient care responsibilities that can safely be assumed.

When making floating assignments, nurses will not be floated outside of their service/stand-alone unit except in the following circumstances:

**A.** There are no Traveler RNs available to be assigned.

**B.** There are no staff RNs available to float within the clinical grouping.

**C.** Additional staff offered critical needs incentive have not volunteered to work.

**D.** There are no staff RNs available to float from another clinical grouping in the service.

**E.** When all other attempts have been made to meet the staffing needs, (including CNA's or patient safety monitors), an RN may be required to float to another service if additional RNs are available and not needed within their own clinical grouping/service.[1] When doing so, they will not be required to take a regular patient care assignment.

    **1.** Appropriate assignments will be provided and may include the sitter role or providing assistance to other RNs in completing tasks. For RNs from Women's and Children's service line, an appropriate assignment typically shall be serving as a sitter in an observer role only, with the understanding that additional emergent intervention may be necessary.

    Each RN defines their own scope of practice based on the RN's education, knowledge, competencies, and experience.

---

[1] Critical Care RNs who desire to float outside of their service line may submit their name to a voluntary float list that shall be available to hospital leadership and charge nurses on each unit. Each unit will develop a process to keep an up-to-date volunteer float list to communicate with the staffing office.

**2.** Nurses floating outside their service will be paired with a core RN who will be the primary care nurse for any patient assigned.

Each nursing Unit-Based Staffing and Scheduling Committee will decide equitable Float Rotation procedures pursuant to Article 15.5 procedures, and such unit decisions will not be subject to the grievance and arbitration procedure. It is understood that ARRMC retains the basic management right to require RNs to float subject to specific restrictions in the labor agreement.

Nursing personnel are requested to float, in judgment of clinical managers and charge nurses, when patient care and safety requires additional personnel in a particular unit. When a RN is not adequately cross-trained or oriented in a specific nursing unit, the RN will float to that unit only as a clinical resource nurse, will inform the charge nurse, or clinical manager, or nursing supervisor, and will receive a modified patient care assignment.

Nurses to be floated must have demonstrated competency for the tasks/assignments they are given and can provide care within the scope of their license and/or capabilities. The nurse who is floated functions under the supervision of a regular nurse who is assigned as his/her "Care Partner" resource. The charge nurse will assign a Care Partner to all CRNs and float nurses.

Any nurse required to float may refuse any specific component of an assignment that the nurse, in his/her professional judgment, does not assess is appropriate. In such case, alternate nursing care duties will be assigned in the unit. All assignments of nursing care will be consistent with licensure requirements for registered nurses licensed in Oregon.

1      The parties are committed to cooperate in establishing floating policies
2      which are mutually satisfactory while ensuring good patient care. If the
3      guidelines outlined above prove unsatisfactory, ARRMC may modify
4      the procedures followed in making floating assignments after prior
5      notice to and consultation with bargaining unit representatives.

6

7   **7.5    Nursing Resource Team (NRT):** The purpose of NRT is to provide internal
8   staffing within the Hospital units to cover anticipated and short-term absences of
9   core staff. NRT nurses are a valuable and highly skilled resource for the Hospital.
10  Nurses shall demonstrate and maintain competency, skills and certifications
11  required to work within their clinical grouping service. NRT clinical grouping
12  services currently include:

13

14  - Med-Surg:
15      o  Cardiac Center
16      o  Ortho-Neuro
17      o  Med Oncology
18      o  Post-Surgical
19      o  General Medicine
20         (Including boarded Med-Surg patients)
21  - Critical Care:
22      o  ICU, IMCU, CVICU and ED
23         (Including boarded Critical Care patients and Cardiac Step-Down Unit
24         designated patients)
25  - Women's and Children's:
26      o  Peds
27      o  Family Newborn (Maternal Child)
28      o  Special Care Nursery
29      o  NICU

The Hospital may add to or reconfigure clinical grouping services, or add additional services, after prior notice to and consultation with bargaining unit representatives.

NRT RNs will cover open charge nurse shifts within their service line that are not able to be covered by other trained RNs within the service line.

**7.5.1** Each NRT RN will be assigned a primary unit within their clinical grouping service for purposes of Staffing Standby rotation, job bidding, and layoff under Article 8.

**7.5.2** As with other positions in the bargaining unit, the Hospital may post NRT positions as full time or part time, in its discretion. In addition, an NRT RN may request a reduction in hours in accordance with Section 1.2(G)(4).

**7.5.3** Daily staffing assignments while on shift will be designated in accordance with the following:

1. Assignments will generally follow four-hour blocks with equitable rotation throughout the clinical grouping service.

2. An NRT nurse will be assigned to a unit outside of their primary clinical grouping service only when a Travel/Agency RNs or an NRT in that clinical grouping service is unavailable, and patient needs require the assignment. An NRT required to float outside of their clinical grouping service may request and receive a modified assignment consistent with their skill set. If an NRT nurse, in their professional judgment, determines that they do not possess the skills or experience required for the assignment, the nurse's judgment will be respected.

3. An NRT nurse shall have the option to reorient to any unit within their clinical grouping service if it has been more than six months since their last rotation to that unit. If an NRT nurse identifies a need for further training to maintain a skill or competency in a specific department, they can make that request to their clinical leader. Upon this request, the NRT nurse will receive the training within ninety (90) days.

**7.6**   **Boarding:** When boarding of patients is required secondary to excessive patient volume for bed availability, the following guidelines will apply to staffing for boarding:

**7.6.1**   Travel/Agency RNs within the applicable Clinical Grouping within Services (See Section 7.4) will be the primary resource responsible for boarding assignments.

**7.6.2**   In the absence of available and qualified Traveler RNs, NRT within the applicable Clinical Grouping will be the primary unit responsible for boarded patients due to their extensive training across multiple units.

**7.6.3**   Inpatient and Emergency Department nurses will act as additional personnel for boarding, if needed.

**7.6.4**   There will be an NRT nurse assigned as Charge Nurse for boarding assignments. The NRT charge nurse will be implemented once the boarding population in SSU or ED reaches a total of 4 patients or more.

To ensure appropriate patient safety, Boarding will be included in the Unit-Based Staffing and Scheduling Committee for NRTs.

By June 2024, the NRT Unit-Based Staffing and Scheduling Committee will present their recommended staffing guidelines meeting the needs of Boarding patients to the ARRMC Hospital Nurse Staffing Committee for approval.

**ARTICLE 8 – LAYOFF AND JOB BIDDING**

**8.1** **Short -Term Layoff/Staffing Standby:** These are adjustments that are made for low census, or other temporary adjustments of less than twenty-one (21) out of every thirty (30) calendar days in a work unit. A short-term layoff/Staffing Standby will occur in the following order:

**A.** Volunteers from the shift and work unit.

**B.** Agency and Traveler RNs within the Staffing Standby unit or its clinical grouping service

**C.** Nurses working at ASI or CNI or other premium, or at overtime rate. A nurse on ASI or CNI who has been placed on short-term layoff may not be required to be on Staffing Standby. Rather such a nurse has the right to voluntarily go home and not remain on standby during ASI or CNI incentive shifts. An ASI/CNI nurse who agrees to stay on standby and is called back will receive both incentive and call-back pay.

**D.** Flexible status nurses from the shift and work unit in the following order:

   **1.** Temporary and On Call\
   **2.** Bid

**E.** Regular status nurses, from the shift and work unit.

There will be fair and equitable distribution of Staffing Standby hours based on scheduled hours within the work unit. Each work unit will be responsible for maintaining a current documentation of Staffing Standby hours lost, beginning with the least senior nurse. ETO may be used for any Staffing Standby hours at the nurse's discretion.

1    A nurse may be placed on mandatory Staffing Standby out of rotation if ARRMC

2    determines the nurse is not qualified (with reasonable orientation/education) to

3    perform the work of the unit during the layoff or does not possess special skills

4    required in the unit which are possessed by another nurse.  The Hospital's

5    determination will not be arbitrary or capricious.

6    If a nursing unit experiences more than twenty-one (21) out of a rolling thirty (30)

7    calendar days of rotating Staffing Standbys, the Association or Hospital

8    administration may request a meeting to discuss whether or not a formal short

9    term layoff, or long -term layoff, or other solution is appropriate.

10

11    **8.1.1    Scheduling by Staffing Standby:** Work units may allow Staffing Standby

12              to be pre-scheduled on a voluntary basis for shifts when census is

13              expected to be low.  A nurse who voluntarily signs up for Staffing Standby

14              may use ETO at the nurse's discretion.

15

16              Equitable Staffing Standby rotation will attempt to ensure that no single

17              nurse receives Staffing Standby more than once in a pay period before

18              each nurse on the shift has also received Staffing Standby.  Each

19              individual unit will determine how much or if voluntary Staffing Standby is

20              counted toward equitable rotation.  The Staffing Standby rotation list will

21              be reset by each individual unit according to the method unit RNs agree

22              upon.  For nurses with the same amount of Staffing Standby accrual, the

23              rotation will be based on seniority.  When a nurse is hired into a unit (after

24              orientation), they will receive credit equal to one (1) less measurement

25              than the nurse with the least accrued Staffing Standby.

26

27              It is recognized that this sort of Staffing Standby rotation system will be

28              complex to administer and that mistakes may be made.  When mistakes

29              are made regarding Staffing Standby between regular status nurses, such

30              mistakes shall be remedied by addition of Staffing Standby credits for the

31              nurse in question.  However, if the Staffing Standby layoff procedure as

1    outlined in Article 8.1, subparagraphs A-D is not followed, then the
2    financial resolution and grievance procedure will apply.
3
4    An RN will have no duty to be on standby (whether scheduled in advance
5    or in a Staffing Standby situation) unless the nurse is specifically told to be
6    on standby.  The nurse will also have a standby obligation only for the
7    hours they are specifically told to be on standby.  For example, if an RN is
8    told to be on standby for the first four (4) hours of a scheduled shift in a
9    Staffing Standby situation, the nurse does not have an obligation to be on
10    standby or be available to return to work after the expiration of that four
11    hours, absent a call back within that four (4) hours, or an extension of the
12    standby during that four (4) hours.  Extensions of a four (4) hour standby
13    will always be made for the entire remainder of the scheduled shift.  See
14    also Exhibit A.7.2.
15
16  **8.2    Long-Term Layoffs:** Layoffs of a permanent nature which are expected to
17    exceed twenty-one (21) consecutive calendar days in a work unit or permanent
18    reductions of work force in a work unit will occur in the following manner:
19
20    **A.** When the need for long-term layoffs is foreseen by ARRMC, at least twenty-
21    one (21) calendar days prior to the effective date of such reduction or
22    elimination, ARRMC will deliver notice to the Association and the Association
23    unit chairperson, in writing, specifying the number and description of positions
24    to be reduced and the reasons therefore.
25
26    **B.** ARRMC and Association officials, and affected nurses, will meet to explore
27    and discuss alternatives to layoffs within seven (7) days of such notification.  If
28    discussions do not produce full agreement on alternatives, then long-term
29    layoffs will proceed as follows:
30       **1.** Volunteers from the shift and work unit.
31       **2.** Agency and Traveler RNs.

**3.** Probationary nurses (all status).

**C.** Other flexible status nurses in the following order:

    **1.** Temporary and On Call

    **2.** Bid

**D.** Regular status, full-time and part-time RNs by inverse seniority.

In staffing the reduced work unit, displaced nurses will be offered the vacated positions within the work unit according to their seniority consistent with the standards set forth in the next sentence. A more senior nurse may be laid off, out of seniority, if the Hospital determines the nurse is not qualified (with reasonable orientation/ education) to perform the work of the unit during the layoff or does not possess special skills required in the unit, which are possessed by a less senior nurse. The Hospital's determination will not be arbitrary or capricious. A laid off nurse will be entitled to use the procedures under the "displaced nurses" provisions of this Section.

**E.** **Layoff Status:** If seniority is not exercised in this manner, the nurse will be placed on layoff. Nurses may remain on layoff for up to two (2) years and will not lose previously accrued credit for seniority while on layoff.

**F.** **Meetings to Resolve Long – Term Layoff Issues:** The parties will meet in advance of long -term layoff situations to try to minimize problems and issues. The Hospital will provide a seniority list to all nurses notified of pending layoff within three (3) days (Monday - Friday) of such notice, as well as a list of all vacant positions in all Hospital units. Both negotiating parties shall have authority to and must agree to specific layoff, bid, and/or bump/displacement rules and priorities, different than those under this Article 8, based on unique fact circumstances of a particular long -term layoff situation. Absent such agreement, contract language will apply. A nurse eligible to bump (see

"Displaced Nurses" section below) will have fourteen (14) calendar days from the time of receipt of such list to exercise seniority in the above manner by delivery of written notice to Human Resources.

G. **Displaced Nurses:** Displaced nurses may exercise these options in the following order:

1. A nurse laid off may choose to utilize available ETO in lieu of layoff (layoff will occur after ETO is depleted).
2. A nurse temporarily working with an increased FTE may revert to his/her previous FTE, when available.
3. A nurse may take a temporary, voluntary reduction in FTE, when available.
4. A nurse may explore alternate work share arrangements among nurses.  Work share arrangements must be agreed upon by those nurses involved in the work share, Hospital administration, and the Association.
5. Fill a vacant position for which the nurse is qualified, under normal bid rules, without the right to displace/bump any other nurse, from among the list of available positions to be provided by Human Resources.
6. If numbers 1. – 5. above are not or cannot be utilized, the laid off nurse may displace/bump the least senior nurse in the same status, or in a lower status if the laid off RN so chooses, in that work unit or another. The nurse displaced by this process may also exercise such seniority displacement rights, if any.  To exercise such displacement rights, an RN must be qualified in the new position, or capable of becoming qualified, within six (6) weeks.

8.3  **Recall:**  Nurses will be recalled to work in their shift and work unit in the reverse order of layoffs.  Upon return, the nurse will retain seniority, step wage, and benefit accrual level including unused ETO and ESDP, in effect at the time of layoff.  A nurse that is laid off will have priority over new hires for vacant positions.

**8.4**    **Bidding for Available Positions:** Nurses in the bargaining unit may apply for posted positions, and these positions will be filled on the following basis:

**A.** Qualified senior nurses who apply will be given preference for vacancies, provided that on the basis of skill, training, certification, and experience, the senior nurse meets the job standards required by ARRMC.  ARRMC will be the judge of the nurse's ability to meet its standards, which will be posted when the vacancy is posted; provided, the Hospital's judgment will not be arbitrary or capricious.

**B.** A nurse's transfer to a position may be delayed for only up to two months from the date the bid is accepted.  If further delay is requested until a capable replacement is available, it may be extended by mutual consent between the manager and the nurse.

**C.** A nurse may return to their previous position within one (1) month if the position remains open; e.g., the manager intends to refill it, but it has not been posted or the schedule awarded to another nurse.

**D.** ARRMC will be entitled to place an inexperienced RN into a shift and unit temporarily for training purposes to maintain skills, or for short staff periods.

**E.** A regular status nurse may change to a flexible status RN with management approval but is not eligible to bid a regular status position for six months absent exceptional circumstances approved by the Hospital, and denials shall not be arbitrary or capricious.

**F.** To encourage professional development and cross-training, a nurse may voluntarily request to shadow a nurse in an agreed-upon department.  The nurse who is shadowing will not be paid for their time and will not be expected or allowed to perform any nursing tasks while shadowing.

1  **8.5**  __Bidding for Available Positions__: Procedure and Priority.  Recognizing that a
2          position may be filled temporarily during the posting period, nurse managers will
3          notify all unit RNs via email, electronic, and bulletin board posting, and ARRMC
4          will post electronically all vacant and newly created positions in the bargaining
5          unit for a minimum period of seven (7) calendar days, with the exclusions noted
6          below:

7      **A.** On-Call or Temporary positions;

8

9      **B.** Positions modified by mutual agreement to accommodate nurses wishing to
10         decrease their hours of work on the same shift and work unit; and

11

12     **C.** Positions for nurses exercising their rights to return to a previous position
13         under the final paragraph of this Article 8.5.

14

15         Position postings will specify the FTE, shift(s) (day, evening, night), start
16         times, and job requirements.  The Hospital will indicate the range of
17         anticipated variation, to the best of its knowledge, in days of work and shifts
18         (for example, "This position is for two nights, and will not normally involve
19         Sunday work."), but such will not be considered a guarantee.

20

21         Human Resources will keep a copy of all bid postings and awards indefinitely
22         and will also provide a copy to the successful bidder.  All unsuccessful bidders
23         will be notified in writing of this fact within fourteen (14) calendar days of the
24         date the posting is taken down.  When positions change over time due to
25         voluntary agreements, such will be documented on the unit and a copy kept in
26         a master file in Human Resources.

27

28         When a nurse bids on several posted vacancies at once, the nurse will
29         prioritize the bids.  If a regular status nurse bids on a posted position for a
30         permanent vacancy and is appointed to the position, the nurse may not bid
31         on any other position (except to increase FTE status while remaining in the

current position) outside the current unit for nine (9) months from the nurse's transfer date unless mutually agreeable between the nurse and the Hospital.

A regular status nurse working in the unit will have first priority to bid openings, under contract standards, in that unit, before nurses in other units wishing to bid, and the seven (7) day notice posting will state this priority. (Nurses in the Family Birth Center and Post-Partum care units will have seniority accrual count equally for both departments, regardless which of these departments the hours were actually worked.)  Flexible status nurses will have equal bid priority to that of regular status nurses if they have worked in the nursing unit in any RN status position:

- Three (3) years, and
- A minimum average of 384 hours worked in that unit per year.

A nurse returning from a leave of absence for a period of less than three (3) months will return to the nurse's previous position.  If the nurse is absent three (3) months or longer, the nurse will have the right to the first available position for which the nurse meets the qualifications.  In the event State or Federal leave laws are more generous to the nurse on leave, the Hospital will apply the applicable law.

All job postings will normally be for one shift (day, evening, or night) only for the posted position.  A nurse may voluntarily bid for two job postings with different shifts.  In addition, the Hospital may post a single bid for two different shifts in order to cover for a nurse who is temporarily (three months maximum) absent due to State or Federal law leaves of absence, workers' compensation leave, or other illness or injury absence.

The Hospital may post non-temporary variable days coverage positions based on predictable nursing unit absences, and such positions will be

1    regular status.  The variable days coverage positions in each unit will be
2    reported quarterly to the Labor Management Committee.
3    If a nurse who returns after a leave of absence is not returned to the nurse's
4    previous position, the nurse will be returned to the previous position when,
5    and if, vacant at the first opportunity which occurs, within eighteen (18)
6    months from the time the nurse first returned to work.
7
8    **8.6    Unit Consolidation:**  Nurses from both units will be placed in available jobs in
9    the consolidated unit according to qualifications, on the same shift and status,
10    with seniority controlling placement in cases of conflict.  If there are not enough
11    positions for all affected nurses, lay-off rules will apply.
12
13    **8.7    Unit Eliminations:**  Affected nurses will retain their right to bid into available
14    open jobs based upon normal contractual factors.  If bidding into available open
15    positions is not successful, lay-off rules will apply.  If a position is only available
16    directly because of the unit elimination, the nurses in the eliminated unit will have
17    first priority over nurses in other units in bidding on the available job.
18
19    **8.8    Termination of Seniority:**  Seniority will be considered terminated by any of the
20    following:
21    **A.** Involuntary termination;
22
23    **B.** Layoff for lack of work or leave of absence for a period of two (2) years or
24    more (except where a longer period is required by law, for example, workers'
25    compensation leaves); or
26
27    **C.** Resignation from the Hospital.
28
29    A nurse who leaves the bargaining unit to accept a non-bargaining unit position
30    with ARRMC will retain, for a maximum of two (2) years from the date of leaving
31    the bargaining unit, which will count when a non-bargaining unit nurse bids for an

1       open position to return to the bargaining unit, and also if/when the nurse returns

2       to the bargaining unit.

3

4   A nurse who is rehired within two (2) years of voluntary resignation from ARRMC will be

5   rehired at his/her most recent wage step and have seniority that was accrued at time of

6   resignation restored.

## ARTICLE 9 – EARNED TIME OFF (ETO)

**9.1** **Purpose:** Earned time off (ETO) is provided to enable nurses to plan time off more effectively to meet both their needs and the staffing needs of their departments. Since ETO removes the accrual distinction between holiday, sick time, and vacation, it provides greater flexibility in the use of time off, provides a special reward for nurses who work holidays and provides an adequate amount of time off for illness. ETO compensates nurses at their hourly rate when they are absent from work for such purposes as vacation, illness, holidays, family emergencies, religious observances, dental care, and other personal time off.

**9.2** **Eligibility:** This policy covers all full-time and part-time nurses who are otherwise eligible to participate in the ETO program. This policy excludes flexible status nurses.

**9.3** **Accrual:** Regular full-time and part-time RNs will accrue ETO from the first day on the job as follows:

| Completed Years of Continuous Service | | |
|---|---|---|
| ETO Accrued Per Hour Worked | | Maximum Accrual |
| Years | Accrual Rate | Hours |
| 0-4 | .09829 | 306.7 |
| 5-9 | .11966 | 373.3 |
| 10-14 | .14103 | 440.0 |
| 15+ | .16239 | 506.7 |

**A. Exceptions to ETO Accrual:** No ETO benefit will accrue during the following absences: (1) layoff and (2) unpaid absences in excess of 14 days.

**B.** ETO will accrue on all Hospital-compensated hours (excludes standby except as provided below). It will also accrue on mandatory call off hours from regularly scheduled FTE shift, regardless whether the RN elects to use ETO for such hours, and regardless whether the RN is placed on standby for these mandatory call-off hours. There will be no double ETO accrual for the same hours.

**C.** **Oregon Sick Leave Law:** The ETO accrual outlined above meets the Hospital's obligation as outlined under SB 454, Oregon Sick Leave Law, for regular status RNs. Nurses categorized as Flexible status are eligible for the Hospital's Oregon Paid Time Off Plan (OPTO) (policy 400-CORP-HR-0112).

**9.4** **ETO Use:**

**A.** **No Waiting Period:** ETO hours may be used as soon as they are accrued.

**B.** **Scheduling:** Requests for ETO will be submitted in writing no later than January 31 each year, for ETO to be taken between the subsequent June 1 to May 31. ARRMC will grant or deny such requests on or before February 28 of the year in question according to the guidelines listed below. At other times, such requests will be submitted in writing, and at least two (2) weeks before the schedule is posted, again, according to the guidelines listed below. The unit scheduler will respond in writing within fourteen (14) days after the request is received.

Each nursing unit will develop a process to allocate ETO utilization among unit RNs on a calendar year basis, pursuant to Article 15.5. Each nurse will be granted ETO up to a maximum of two (2) uninterrupted weeks, consecutive if possible (subject to available ETO), before any nurse will be granted more than two (2) weeks.

**C. <u>Guidelines:</u>**

- Respect for RN bargaining unit seniority.
- Fairness to all RNs regardless of seniority.
- Equitable rotation of ETO during most popular ETO times, including ETO requests for days during holiday weeks, school spring break, and summer months.
- Desire of RNs for occasional extended periods of ETO time.
- Schedulers may request flexible status RNs to work for purposes of vacation relief as well as filling vacancies.

**<u>The parties agree that the scheduling process must include:</u>**

- Ability of a nurse to prioritize at least three periods of ETO during popular ETO times, and to state whether the nurse will accept granting of a partial period of requested ETO.
- Allowance for re-submitting an ETO request that had been previously denied during the annual ETO request process, which may be granted if one of the approved nurses return their granted ETO (i.e., a "second chance" policy).
- Allowance for requesting ETO before the schedule is posted for a day when no one has made a request for the day off.

Notwithstanding these guidelines, once every two years, a nurse may exercise seniority on a scheduled ETO request received before March 15 to obtain a preference over a junior nurse selecting a competing scheduled ETO period.

When requested and possible, full workweek ETO will be granted.  The Hospital will work with RNs to avoid partial or "broken" ETO weeks. Extended week or additional day(s) ETO requests, made after the March 15 challenge period, will be evaluated on a first come, first served basis.

The above guidelines will be weighed and analyzed at management's discretion. The overriding considerations will be staffing and patient care requirements. To ensure safe patient care, each unit will determine the availability of ETO time, for a maximum number of RNs to be granted ETO, at any given time for specific nursing units.

In order to minimize scheduling problems due to an RNs use of ETO for illness or injury, ARRMC will:

1. Apply its absenteeism policy in injury or illness absences.

2. Not approve requests for authorized unpaid time off (for example, vacation) when an RN does not have sufficient ETO accumulation due to use of ETO for illness or injury, unless mutually agreed due to special circumstances. Use of ETO in Staffing Standby ("Mandatory Call Off") situations will not be cause for vacation disqualification.

Once approved, ETO is not subject to cancellation after schedules have been posted, unless by mutual agreement. In addition, it is understood that an RN must actually have a sufficient ETO bank at the actual time of the ETO to cover the ETO hours under Hospital policy. Where the RN does not have sufficient available ETO hours at the time of the scheduled ETO, the Hospital will work with the RN to maintain scheduled time off in this situation based on all circumstances.

The system described above is to assist both ARRMC and the nurses in scheduling ETO. It will not prevent a nurse from making an ETO request on shorter notice, which ARRMC will consider on the basis of staffing and patient care requirements.

**9.5**    **ETO Unit Scheduling Guidelines:** The Unit-Based Staffing and Scheduling Committee, under Article 15.5, shall set ETO scheduling guidelines. Each such committee may establish a subcommittee for the purpose of granting ETO per the Unit-Based Staffing and Scheduling Committee and contract guidelines. These guidelines will address, at a minimum:

- The definition of "prime time" for that unit.
- The number of staff that can be scheduled off at any time, including "prime-time."
- A fair and equitable system of assigning holidays including New Year's Eve.

These guidelines must be in compliance with this Article, they are intended to supplement, but not replace, the provisions of this Agreement.

**9.6**    **ETO Scheduling Dispute Resolution Procedure:** Whenever ETO scheduling decisions involving two (2) or more RNs wanting the same ETO day(s) cannot be worked out on the nursing unit level itself, ETO scheduling decisions by ARRMC may be challenged by an affected RN through the following procedure:

- Challenges to ETO schedule decisions must be initiated within ten (10) days of vacation schedule decisions.
- Within ten (10) days thereafter, a committee of one management official, one Association representative, and one RN from the affected nursing unit selected by nursing unit RNs, will hear and make recommendations on the dispute. Committee members will be selected each April and will serve on a one-year basis thereafter.
- The committee's recommendation will be accepted by management unless clearly inconsistent with patient care requirements, as determined by the Vice President for Nursing.

If the procedures under Articles 9.4, 9.5, and 9.6 are not followed, the grievance procedure will apply.

**9.7** <u>**Specific ETO Utilization Rules:**</u> Time off with pay is provided so nurses may enjoy a period of rest and relaxation and be better prepared to meet the physical and emotional demands of patient care. For this reason, nurses are encouraged to fully utilize ETO on a scheduled basis as outlined above. In addition, other rules apply, as follows:

**A.** <u>**Maximum Accrual and Cash Out:**</u> Earned time off may not be accrued in excess of a nurse's ETO benefit amount for a one and one half (1 ½) year period. If a nurse requests ETO in a timely manner (at least two weeks before a schedule is posted as stated in 9.4) and it is not granted, the non-accrual provision of this paragraph will not apply until the nurse is able to use accrued ETO. Up to two hundred forty (240) hours (i.e., up to sixty (60) four times per year) of ETO may be cashed out each year at the RN's option per Hospital policy.

**B.** <u>**Maximum Utilization:**</u> A nurse may not take more than one year's ETO accrual at any one time without mutual agreement between the nurse and management.

**C.** <u>**Personal Illness or Injury:**</u> ETO benefits will be used in case of personal illness or injury or unscheduled absence, provided, however, that an RN will not be required to use ETO for extra scheduled hours or extra shifts beyond their regularly scheduled shifts, as long as they have worked their full FTE in the workweek. If the RN has not worked their full FTE in the workweek, then they will be required to use ETO for extra scheduled hours or extra shifts up to their FTE.

**D. <u>Oregon Sick Leave Law:</u>** Up to forty (40) hours (or 48 hours for 12-hour nurses) of ETO benefits accrued each calendar year will be used for absences covered by the Oregon Sick Leave Law, including reasons covered by the Oregon Family Medical Leave Act (OFLA), Oregon's domestic violence and stalking law, and in the event of a public health emergency.

**E. <u>Personal Leaves of Absence:</u>** Available ETO or ESDP benefits must be utilized for personal leaves of absence, unless there are extenuating circumstances. ESDP leave under Hospital policy may not be used for time off work due to dependent care, or parental, educational, or military leaves. It is recognized that a spouse or dependent illness, accident, or death may be sufficiently serious to cause a medical condition to an RN that would qualify the RN for ESDP use (medical verification may be required.

Nurses returning from a personal medical leave of absence may be requested to have a medical examination by a physician designated by the Hospital and at the Hospital's expense.

Articles 9.6 and 12.1 apply to such leaves.

**F. <u>Workers' Compensation:</u>** Accrued ETO benefits may be used for scheduled workdays missed due to an on-the-job accident or illness if the workday is not paid by workers' compensation.

**G. <u>Staffing Standby:</u>** ETO benefits may be used, but will not be considered mandatory, for scheduled workdays missed when a nurse is called off, mandated to unschedule their shift or part thereof, or given the option to go off the schedule any time within the nurse's shift due to low census, nursing unit closures (for example, on a holiday) or low acuity. This includes nurses who may also receive stand-by pay.

**H. <u>Trades:</u>** When an RN trades shifts with another RN, ETO may be used but will not be considered mandatory.

**I. <u>Association Business:</u>** When an RN schedules off for Association business, ETO may be used but will not be considered mandatory.

**J. <u>Jury Duty and Bereavement:</u>** Jury duty and bereavement absence taken under Article 12 will be paid separately from ETO.

**K. <u>Part-time RNs:</u>** Part-time nurses may not take ETO over a longer period of time than the same period of ETO taken by full-time nurses.

**L. <u>Military Duty:</u>** Nurses who are members of the military reserve or National Guard who are ordered to either active duty or annual training (but not weekend drills) will provide their clinical manager a copy of their written orders within seven (7) days after they have been received by the nurse if the nurse intends to use ETO time for military leave.

**M. <u>Scheduled Hours:</u>** ETO hours when utilized by a nurse will be paid up to the amount of the scheduled hours for the day in question. If an RN is scheduled above his or her FTE status, and then canceled, ETO will be available.

**N. <u>Holidays:</u>** If a holiday falls during a nurse's first sixty (60) days of employment and if the holiday is a customary workday, but the nurse is not scheduled to work, the nurse may use ETO whether accrued or not for the holiday. ETO hours paid on any one of the actual holidays listed in Article 10 count as straight-time hours worked in calculations for overtime.

**O. <u>Transfer to Flexible Status:</u>** Upon transfer to flexible status, ETO hours accrued will be paid if the nurse is eligible.

**P. RN Terminations:** ETO accruals are paid to the nurse upon termination, at the nurse's then current base rate.

**Q. RN Request for Part-time or Flexible Status RNs to "Cover" for Scheduled Time:** RNs may request part-time RNs to cover for their normal scheduled shifts before the schedule is posted and final. After schedules are balanced (including utilization of all available staff, including part-time and flexible status RNs), and schedules are posted and final, an RN who has requested but who has been denied ETO for some part of the period covered by the schedule may request an available flexible status RN to work the shift(s) in question, so that the RN can take the ETO requested but denied. Once ETO is granted based on flexible status RN acceptance of such request to cover, and the flexible status RN's availability for such shift(s), it will not be rescinded. This flexible status RN coverage option to obtain previously denied ETO may be utilized regardless of which calendar days of the year are involved.

**9.8    ETO Payment Calculations:** At the nurse's option, all hours actually worked above the nurses FTE may be considered for purposes of compensating RNs for ETO, and such hours will be calculated on the basis of the prior six (6) pay periods.

**Example 1 – Calculation of Weekly Optional ETO:**

A full-time RN is regularly scheduled thirty-six (36) hours (three (3) twelve (12) hour shifts) a week, but actually works an average of forty (40) hours over the prior six (6) payroll periods.  The nurse who requests, will receive forty (40) (not thirty-six (36)) hours of accrued ETO payment for one week's vacation.

**Example 2 – Calculation of Daily Optional ETO:**

> **Step 1:** Calculate the total hours worked in the immediately preceding six (6) pay periods.

> **Step 2:** Calculate the total regularly scheduled shifts up to the RNs FTE for the same period.

> **Step 3:** Divide Step 1 by Step 2 to determine the RN's average hours worked per regularly scheduled shift for the same period.

> **Step 4:** Pay a single day ETO based on such average hours.

**9.9** **Prime-Time ETO Scheduling Incentive:** The Hospital and the Association agree to implement the Prime-Time ETO Bonus Program described below. "Prime Time ETO" is defined as a three consecutive month period of time during which there is a high demand for ETO and/or a historically high patient volume. Each unit will designate the three-month period of time during which this Prime-Time ETO Bonus Program will be available to nurse(s) on that unit.

A. Bargaining unit nurses who are interested in being considered for the Prime-Time ETO Bonus Program in a particular year must notify their manager by January 1 of that year.

B. A bargaining unit nurse who meets the following requirements will receive a bonus up to $1500. The bargaining unit employee must:

1. Have been informed by their manager that they are eligible to participate in the Prime-Time ETO Bonus Program;
2. Not take more than two (2) consecutive scheduled shifts as ETO during the period Prime Time ETO scheduling period; and
3. Not take more than a total of three (3) days of ETO during the Prime-Time ETO scheduling period.

**C.** <u>Hours worked calculation:</u>

    **1.** Hours worked is based on shifts agreed upon at the time of the schedule posting (not ASI/CNI short term agreements for shifts)

    **2.** Hours worked will be calculated starting in the first full pay period of the prime-time period through the last full pay period of the prime-time period.

    **3.** Hours worked will be calculated week by week rather than by pay period.

    **4.** Partial ETO shifts qualify as a full shift missed for calculations for B. 3.

    **5.** If 3 shifts of ETO are taken consecutively over a two-week period, it will not disqualify them from the program but will count as maximum allowed in the program.

    **6.** Must be an active bargaining unit nurse during the time of payout.

    **7.** Approved leave hours that are in excess of Section B above, will disqualify the nurse from those weeks, but not the program.

    **8.** Bereavement and jury duty hours will not disqualify participant from the program but will not count as hours worked and may result in a prorated bonus.

    **9.** Part Time participants will not qualify for ASI/CNI up to 36 hours/wk. Additional hours beyond that will qualify for ASI/CNI.

    **10.** **Hours worked:** Reg MCO, MSB, USB, Call back hours worked (periop/procedural areas).

**D.** <u>In addition:</u>

    **1.** This $1500 bonus is based on bargaining unit employees who have worked 72 or more hours per pay period during the Prime-Time ETO scheduling period.

    **2.** Bargaining unit nurses who work less than 72 hours per pay period during the Prime-Time ETO scheduling period will have the ETO Bonus payout pro-rated, based on a 72-hour pay period.

3. ETO hours taken in compliance with Section 2 above will count as hours worked for purposes of subparagraphs 1 and 2 in section 3.

4. For every ten (10) bargaining unit FTEs in a unit, the Hospital will offer a minimum of one (1) FTE for Prime-Time ETO bonus eligibility; however, based on unusual circumstances, the Hospital and the ONA can mutually agree to increase the number of bargaining unit employees of a particular unit for the Prime-Time ETO Bonus program. Examples of unusual circumstances include but are not limited to high unit vacancy rate, large number of nurses needing precepting on a unit, and/or nurses out on leave on a unit.

E. During periods of low census occurring during the Prime-Time ETO scheduling period, a nurse may be asked to take time off. If a nurse manager or designee sends a bargaining unit nurse home, and that bargaining unit nurse is on the Prime-Time ETO Bonus Program, those lost hours will not be counted against the total ETO taken during these months, for purposes of calculating qualification for the Prime- Time ETO Bonus Program payout.

F. The payment for the Prime-Time ETO Bonus Program will be made no later than forty-five (45) days after the conclusion of the Prime-Time ETO scheduling period.

G. **Part-time Prime-Time Bonus:**

1. Part-time will be defined as .5-.89 FTE and will qualify if they meet all the requirements designated under sections B, C and D as well as:

2. Work above designated FTE to qualify for the full bonus, which would include the requirement of signing up for 36 hours weekly prior to the posted schedule.

3. Bargaining unit nurses who reduce their FTE after being accepted to the program will not be disqualified to receive the bonus. Staff will need to meet the minimum required hours.

1    **9.10    <u>Weekend Differential:</u>** Weekend differential will be added to the ETO payment
2           for regularly patterned weekend work. Regularly patterned weekend work refers
3           to a weekend shift between the hours of 11:00 pm Friday to 11:00 pm Sunday as
4           outlined in Exhibit A.5 that is part of the nurses regularly scheduled hours.

**ARTICLE 10 – HOLIDAYS**

**10.1** **Recognized Holidays:** Holidays are a built-in component of ETO. However, nurses who are required to work on any of the following holidays will be paid premium pay:

| | |
|---|---|
| New Year's Day | Easter Day |
| Memorial Day | Independence Day |
| Labor Day | Thanksgiving Day |
| Christmas Eve Day | Christmas Day |

If Asante adds any additional recognized holidays for non-represented nurses, the Hospital agrees that it will add the same additional holidays to this Agreement.

**10.2** **Pay for Holiday Work:** Nurses who work on a designated holiday will receive time and one-half hourly pay if the hours are not otherwise covered at the overtime rate.

The holidays are celebrated on a twenty-four (24) hour basis as follows:

- The holiday starts at 11:00 p.m. on the day before the holiday.

**10.3** **Scheduling Holidays Off:** Because of patient care requirements, it is not possible for all nurses to take these holidays off at the regularly scheduled times. The Hospital will schedule time off on holidays in accordance with the work unit's need for coverage. Within each work unit an effort will be made to schedule holidays on a rotating basis among all full-time and part-time nurses.

1    **10.4    <u>Standby Call In on Recognized Holidays:</u>** A nurse who is called in from
2    scheduled standby on any recognized holiday will be paid at a double time rate.
3    This pay rate will apply in the following nursing units only: Operating Room, Cath
4    Lab, PACU, and Endoscopy, and other nursing units which regularly schedule
5    standby when the unit is closed in order to provide for 24/7 staffing coverage.

**ARTICLE 11 – EMPLOYER SPONSORED DISABILITY PLAN (ESDP)**

**11.1**   **Purpose:** ARRMC provides an Employer Sponsored Disability Plan (ESDP), which is a short-term disability benefit to provide for protection against loss of income sustained because of the RN's personal illness (injury or sickness) sufficiently severe to cause a nurse to miss more than twenty-four (24) consecutive hours of scheduled work.

**11.2**   **Accrual:**

  **A.** Beginning with the first day of employment, regular status nurses will begin accruing ESDP.

  **B.** Full-time nurses who are paid for sixty-four (64) or more hours in a two-week payroll period will accrue a full ESDP benefit of 2.15384 hours; nurses who work less than sixty-four (64) paid hours will accrue a pro rata share of ESDP.

  **C.** Part-time nurses will accrue ESDP on scheduled hours plus excess hours worked to a maximum of eighty (80) hours per fourteen (14) day pay period; provided, where scheduled hours are changed or an AA (Approved Absence) day is granted at the request of the nurse, ESDP will not accrue on scheduled but unworked hours.  Part-time nurses will accrue ESDP hours at the rate of .026923 hours for each scheduled hour.

  **D.** ESDP hours may be accrued to a maximum of 1,040 hours.  Each year in December, RNs who have reached this maximum will receive pay for fifty percent (50%) of ESDP hours they would have accrued (absent this cap) in the prior twelve (12) month period (December to November).

**11.3**   **Using ESDP:**

  **A.** **Waiting Period after Hire:** ESDP can be used as soon as it is accrued.  ESDP benefits must be used for all unscheduled absences related to a nurse's medical condition.

**B. <u>Waiting Period/Each Occurrence:</u>** Accrued ESDP shall be used starting with the 25th consecutive scheduled hour missed, or the fourth scheduled workday missed regardless of hours, whichever comes first, due to personal illness when the illness is sufficiently severe to require the nurse to miss work. However, first hour immediate ESDP access will be provided if the RN is hospitalized either in- patient or for short-stay surgery when surgery time and the recovery period equals at least twenty-four (24) scheduled hours, and in connection with injuries or illness covered by workers' compensation, as described in Article 11.3(D) hereof. In addition, first hour ESDP access will be granted for an absence due to the recurrence, within a seven (7) day period of return to work, of the same injury/illness for which the twenty-four (24) hour waiting period has already been satisfied. There will be only one (1) twenty-four (24) hour waiting period each rolling twelve (12) month period for the same medical condition before an RN on intermittent FMLA leave can access ESDP benefits on a first hour basis.

**C. <u>Medical Verification:</u>** If deemed necessary by ARRMC, a nurse may be required to obtain a physician clearance before returning to work. In situations of suspected misuse of ESDP, as a condition of access to ESDP for the episode claimed, ARRMC may require the nurse to provide a doctor's certificate that the nurse was unable to work because of the claimed illness. This requirement is subject to state and federal laws on leaves of absence, which can be accessed in Human Resources.

**D. <u>Workers' Compensation:</u>** Accrued ESDP benefits may be used to cover the three (3) day waiting period for workers' compensation time loss coverage, as soon as it is determined that the three (3) days are not otherwise covered by workers' compensation. Accrued ESDP benefits will also be used for missed shifts due to workers' compensation leave of absence, up to twenty percent

1    (20%) of the RN's FTE status (e.g., 1.6 ESDP hours a day, eight (8) ESDP

2    hours a week for five (5) day, forty (40) hours a week, full-time RNs), after

3    fourteen (14) days of workers' compensation leave.

4

5    **E.  <u>Return to Work:</u>** When a nurse can return to work from ESDP leave with

6    restrictions, ARRMC and the nurse will make every reasonable effort to

7    accommodate such return, provided the nurse can perform a productive and

8    available job. Such job can be a temporary placement into a vacant position

9    without bidding. When such accommodation is not possible, the release must

10   be without restrictions. This is not intended to modify ARRMC's obligations

11   under the Americans with Disabilities Act. ARRMC will work with RNs to

12   maximize the opportunities for return to productive work from ESDP status.

13

14   **F.  <u>Payment of ESDP Benefits:</u>** ESDP hours will be paid according to the

15   nurse's regularly scheduled hours of work. ESDP hours will not be paid upon

16   termination or transfer. Where a nurse transfers to an ineligible status (e.g.

17   flexible status) accrued ESDP will be frozen and held for future use when the

18   nurse returns to an eligible status.

19

20   **G.  <u>ESDP Payment Calculations:</u>** At the nurse's option, all hours actually

21   worked above the nurse's FTE may be considered for purposes of

22   compensating RNs for ESDP, and such hours will be calculated on the basis

23   of the prior six (6) pay periods.

24   **Example:** A part-time RN is regularly scheduled twenty-four (24) hours (two

25   (2) twelve (12) hour days) a week, but actually works on average of thirty-two

26   (32) hours a week over six (6) payroll periods. The nurse who requests will

27   receive thirty-two (32) hours (not twenty-four (24)) ESDP for a missed week of

28   work due to illness.

**H.** **<u>Flexible Status Bid RN ESDP:</u>** Flexible Status Bid RNs may access their "frozen" (as of the time of transfer from full-time or part-time status to flexible status) ESDP accounts as follows: Only bid shifts count for the twenty-four (24) hour waiting period or for ESDP eligibility and payments. Flexible Status Bid RNs will not accrue additional ESDP benefits while on flexible status.  All other Article 11.3 eligibility rules apply.

Daily optional ESDP calculations will be the same as for ETO under Article 9.8.

**11.4** **<u>Oregon Paid Family and Medical Leave Act (OPFMLA):</u>** When paid leave becomes available under the OPFMLA, the parties agree that paid leave will be made available to employees in the following order:

    **1.** **OPFMLA**

    **2.** **ESDP**

    **3.** **ETO,** subject to applicable eligibility requirements for each type of paid leave. ESDP and ETO may be used to replace a nurse's wages up to 100% of the nurse's regular earnings.

1      **ARTICLE 12 – LEAVES OF ABSENCE**

2   **12.1   <u>Personal Leaves of Absence:</u>** Personal leaves of absence may be granted to

3          regular status nurses at the Hospital's discretion, for up to twelve (12)

4          consecutive weeks, independent of any leaves provided for by law.

5

6          A leave of absence must be requested in writing and approved by the nurse's

7          clinical manager. See also Article 9.7.E regarding ETO/ESDP utilization rules.

8          Article 9.6 will apply if there is a conflict with respect to ETO scheduling in the

9          event a personal leave is denied.

10

11         After two (2) years seniority and once every two (2) years thereafter, a regular

12         status nurse may request a maximum of five (5) weeks unpaid personal leave of

13         absence where staffing permits. This unpaid personal leave may be extended up

14         to an additional seven (7) weeks by mutual agreement of the Hospital and nurse.

15         A flexible status RN may request an unpaid leave of absence under similar terms

16         as regular status RNs.

17

18         Article 9.6 applies to such leaves.

19

20   **12.2   <u>Bereavement Leave:</u>** When a death occurs in the immediate family, including a

21         domestic partner or children of a domestic partner of a full-time nurse, the nurse

22         will be entitled to three (3) shifts off with pay at the hourly rate. A part-time nurse

23         will be entitled to two (2) shifts off with pay at the hourly rate. Bereavement leave

24         must be taken within six (6) months of the death or the knowledge thereof. Paid

25         bereavement leave will not be included in calculations for overtime. Paid

26         bereavement leave taken under this Article 12 will run concurrently with any

27         bereavement leave to which an employee may be entitled under the Oregon

28         Family Leave Act (OFLA). Paid bereavement leave taken under this Article 12

29         will not count as "sick time" against a nurse's Oregon Paid Sick Leave, ETO or

30         ESDP balance or entitlement.

1   **12.3**   **Immediate Family:** For purposes of this Article 12, immediate family shall be the
2       nurse's spouse, parents, children (natural, foster, or adopted), domestic partner,
3       mother-in-law, father-in-law, brother-in-law, sister-in-law, son-in-law, daughter-in-
4       law, brothers, sisters, grandparents, grandchildren, and current step-parent, step-
5       child, step-brother and step-sister, and shall also include a non-relative in the
6       RN's household with a close personal relationship with the RN similar to that of a
7       family member.

8

9   **12.4**   **Jury Duty:** A nurse who is required to perform jury duty will be permitted the
10       necessary time off to perform such service and will be paid the difference
11       between the nurse's hourly rate for the scheduled work hours missed and the jury
12       pay received, provided arrangements for the time off are made with the nurse's
13       supervisor in advance. The nurse must furnish a signed statement from a
14       responsible officer of the court as proof of jury service and jury duty pay received.

15

16       Jury duty pay is limited to the RNs scheduled hours missed up to the budgeted
17       FTE hours per workweek and will not be included in calculations for overtime.

18

19       If the nurse reports to jury duty and actually serves on a jury, such nurse will not
20       be required to report back to work on that day. If the nurse reports for jury duty
21       but is released for the day, the nurse will return to the Hospital for remaining
22       contingent shift hours. A nurse scheduled for the night shift immediately prior to a
23       day of jury duty will be taken off the night shift schedule and given a contingent
24       day shift schedule. The nurse will be available for normal weekend rotation in any
25       workweek the nurse does not serve a minimum of four days on jury.

26

27   **12.5**   **Paid Administrative Leave:** Paid administrative leave is defined as the Hospital
28       removing an employee from work, with or without notice, in accordance with the
29       following. Paid administrative leave is used when an employee is under an
30       investigation for misconduct, or for other reasons specifically approved by HR
31       leadership, in writing. Paid Administrative leave is outside of applicable leave or

1    paid time off policies (i.e., ETO, ESDP, Leaves of Absence, Accommodations,
2    Workers' compensation, etc.), and those policies will control wherever applicable.
3    When the Hospital, in its discretion, places a nurse on paid administrative leave,
4    the Hospital shall pay the RN their base pay based upon their regularly
5    scheduled FTE hours. ETO, ESDP, and Seniority accrual will continue while a
6    nurse is on paid administrative leave.

## ARTICLE 13 – BENEFITS

**13.1**  **Disability Insurance:** ARRMC agrees to continue its current long-term disability insurance or a substantially equivalent program for nurses who meet the eligibility requirements of said plan. ARRMC will pay the full premium.

Part-time nurses will be eligible for pro-rated long-term disability benefits according to hours worked.

A short-term disability plan, which includes coverage for pregnancy-related disabilities, is available to eligible employees. The employee pays the full premium for this optional plan. Nurses may access the details of this plan in the Human Resources office.

**13.2**  **Group Life Insurance:** ARRMC agrees to continue its group life insurance or a substantially equivalent program for nurses who meet the eligibility requirements of said plan. ARRMC will pay the full premium for the $50,000 maximum plan coverage.  Additional insurance coverage may be purchased by employees.

**13.3**  **Retirement Plan:** The Hospital agrees to continue the existing retirement plan or a substantially equivalent plan for all nurses who meet the eligibility requirements of the plan.

**13.4**  **Health Insurance Coverage:** Asante currently offers three (3) medical insurance plans to bargaining unit RNs, as follows:

- Asante PPO Health Plan
- Asante Saving Health Plan
- Asante Reimbursement Health Plan

1   It is understood that Asante Health Plans have a pharmacy component which will
2   be considered part of the Asante Health Insurance Plan(s) for all purposes under
3   this Article 13.
4
5   **A. <u>Premium Plan Cost, and Redesign:</u>** Premiums for the three (3) Asante
6   medical plans will be shared between the eligible employee and the
7   Hospital based on full time; part time (scheduled minimum of fifty-six (56)
8   hours per pay period), or part time (scheduled forty to fifty-five (40-55)
9   hours per pay period) status and based on four tiers of available coverage.
10
11   The individual RN premium will not increase above eight percent (8%) per
12   calendar year.
13
14   Plan premiums will be allocated between the Hospital and the registered
15   nurse, exactly the same as between the Hospital and other comparable
16   employees covered by Asante medical plans. Comparable employees are
17   those with similar family status tier and scheduled hours status, wellness plan
18   participation, care management, and other consistently applied, specific
19   identifiable factors. Such factors will be first negotiated under Article 13.4.C,
20   will be applied equally to all comparable plan participants, and will be based
21   on objective criteria.
22
23   There will be no distinction made between salaried and hourly Hospital
24   employees for purposes of health insurance benefits and premiums.
25
26   Health benefits eligibility and cost sharing will change as of the first of the
27   month after the effective date of a formal scheduled hour status change,
28   except as provided otherwise by law.

**B. <u>Eligibility:</u>**  A nurse is "full-time" for purposes of eligibility for health benefits if the nurse is regularly scheduled to work at least seventy-two (72) hours a pay period, with scheduled ETO counting as time worked. A nurse is "part-time" for the purpose of eligibility for health benefits if the nurse is regularly scheduled to work forty (40) to seventy-one (71) hours a pay period, with scheduled ETO counting as time worked. A flexible status nurse may also become eligible for health benefits due to the application of the rules under the Affordable Care Act. Such flexible RNs who accept offered coverage will not be eligible for the fifteen percent (15%) wage premium during all coverage periods.

**C. <u>Plan Modification:</u>** The Hospital will offer bargaining unit nurses the same plan(s) it offers to all other comparable eligible Asante employees, that is, the same deductibles, co-insurance, premium sharing, benefits, and eligibility.

It is recognized that regulation of health insurance on both the Federal and State of Oregon levels will likely continue to occur. In order to meet new mandates, the Hospital may need to modify its health insurance plans to comply with law and to avoid penalties and taxes for maintaining practices or plans which are disfavored by such new laws and regulations. Plan modifications may also be made in light of annual cost increases.

When changes in any aspect of Asante health insurance plans are proposed by the Hospital, the following negotiation procedure will take place:

1. The Hospital will give the ONA at least sixty (60) days advance notice and opportunity to negotiate about proposed changes. This sixty (60) day period will be shortened only if required by legal implementation deadlines.  This sixty (60) day period will supersede

1    and replace the thirty (30) day period (prior to final Hospital action)

2    in Article 4 hereof.  No plan changes will be made until this

3    negotiating period has expired.

4

5    **2.** The parties in such negotiations will consider and analyze the

6    proposed changes. The goal will be to modify the plans in such a

7    way as to retain the best and most acceptable plan benefits

8    possible, in light of legal requirements, the adequacy and

9    sufficiency of providers, and the cost to both the Hospital and

10   nurses. The following factors will be considered when determining

11   whether there are "adequate and sufficient" providers in the AHN

12   network: (1) whether there are choices of providers and provider

13   groups, recognizing that there may only be one provider or group

14   for certain specialties in the area; and (2) whether the AHN network

15   includes providers who have privileges at the Hospital; and (3) the

16   ability of providers in the AHN network to provide timely

17   appointments.

18

19   To facilitate collaboration, the Hospital shall provide updated data

20   on usage in each Category. In addition, the Hospital shall provide

21   the Association with a list of provider groups and individual

22   providers by specialty who are within the AHN network. This

23   information shall be provided at LMC on a quarterly basis.

24

25   **3.** Changes in plan benefits and premiums for an upcoming year will

26   be finalized no later than September 15 of each year, and

27   negotiations will start at a sufficiently early date to meet this goal

28   (no later than July 15). The Hospital shall obtain actuarial premium

29   projections as soon as possible for an upcoming plan year; share

30   all such information with the Association; and expeditiously

31   negotiate with the Association regarding benefit and premium

reconfigurations.  Information about proposed upcoming plan year changes will be provided one (1) week in advance of meetings on such changes. Additionally, the Hospital and the Association will meet at least once, prior to July 15, to review plan performance during the plan year.

4. If significant modifications to the plan are required through legislation, or judicial decision, executive order, or administrative regulations during the contract term, the Hospital and the Association will bargain over the impact of such change on health insurance under Article 13.4-C procedures.

D. **Medical Benefits Advisory Committee:** Strategic planning for medical benefits will be an ongoing process, which will include an Asante-wide Medical Benefits Advisory Committee. ONA may appoint up to five (5) RNs from the bargaining unit to participate on this advisory committee. All nurse representatives on the committee will be paid at their straight time rate for time spent in scheduled meetings. This committee will meet quarterly to review the current medical plan, anticipated cost increases, significant design changes, access concerns, as well as data on utilization of the plan. The committee may also provide recommendations regarding plan design and cost controls, including, but not limited to, the prescription drug program, premiums, co-pays, and provider accessibility provided under the plan.

E. **Infectious Disease Fund:** An infectious disease Fund will remain in place with the Asante Foundation as the independent administrator that will be authorized to receive direct nurse contributions and matching Hospital contributions, the latter not to exceed $10,000 per calendar year, to be used to pay nurses who contract an infectious disease from their duties at ARRMC and are eligible thereby for workers' compensation. A lump sum

payment of up to $1,000 will be provided to nurses who request it, depending on the balance in the fund.

F. **<u>Non-Coverage Option:</u>** A nurse who certifies to ARRMC in writing with adequate substantiating documents that the nurse is covered by another health insurance plan may elect to have no health benefit coverage through ARRMC. Such election to withdraw from coverage must comply with state and federal law and be without penalty or tax to the Hospital.

G. The Hospital will maintain a hotline at 541-789-1234 which may be used by employees and those covered by their plan, to establish with an APP Primary Care Provider. It will also allow those covered by a plan who are established with an APP clinic to make appointments for appropriate acute care needs for either the same day or next business day at the clinic where they are established.

**13.5** <u>**Physical examinations:**</u> At the beginning of employment ARRMC will provide a comprehensive employment physical for full-time and part-time nurses. ARRMC will provide full-time and part-time nurses, once every two (2) years and at ARRMC's expense, the following tests when ordered by the nurse's primary care provider:

- A Complete Blood Count
- Chemistry screen
- Pap Smear
- Chest X-ray
- An EKG (For nurses age forty (40) or older)
- A Mammogram (For female nurses age thirty-five (35) or older)
- Colonoscopies every five years at age 45+, or younger if family history warrants such early detection protocols.

13.6 **Laboratory Examinations:** When directed by ARRMC's infection committee, a laboratory examination will be provided by ARRMC at no cost to the nurse.

13.7 **Dental Benefits:** ARRMC agrees to continue its dental benefits or a substantially equivalent program for all nurses who meet the eligibility requirements of said plan. ARRMC will contribute a minimum of 80 percent for single-party coverage and a minimum of 70 percent for two-party and family coverage.

13.8 **Leaves of Absence:** Except as described below, nurses may continue their enrollment in the medical health and dental benefit program during approved leaves of absence as listed in Article 12.1 by paying the full monthly premiums. With respect to leaves for personal or family illness as covered by the Family & Medical Leave Act of 1993, ARRMC will make premium payments under this Article for the required number of months in connection with such leaves. ARRMC may require such illness to be certified by a physician.

13.9 **Flexible Spending Accounts:** To provide nurses the opportunity to maximize take-home pay by paying certain predictable expenses with pretax dollars, ARRMC will continue its current flexible spending accounts which qualify under Sections 125 and 129 of the Internal Revenue Code.

13.10 **Infection Control Protocol:** When ARRMC requires an asymptomatic RN, who is apparently healthy and capable of working to miss scheduled work pursuant to ARRMC identification of a potential communicable disease, and ARRMC initiation of infection control protocol:

   **A.** The RN will be offered available and suitable work to make up the lost scheduled hours, if this can be done without risk of infection to other employees.

1  **B.** Alternatively, ARRMC will pay the RN for the lost scheduled hours at the

2  RN's base rate.

3

4  **C.** ARRMC will pay for testing and treatment expenses.

5

6  This Section is not designed to become operative when an RN is actually sick or

7  injured.  In such event, normal ESDP and ETO utilization and eligibility for

8  workers' compensation will apply.

## ARTICLE 14 – PROFESSIONAL DEVELOPMENT

**14.1** **Performance Reviews:** Hospital will provide evaluations of the work performance of each nurse covered by this Agreement.

Bargaining unit nurses will be requested to provide feedback on other employees for purposes of peer reviews. (The bargaining unit RN who provides such feedback will not be part of the performance review unless the employee requests.)

**14.2** **Compensation for Required Education:** In the event a nurse is required by ARRMC to attend educational functions outside the nurse's normal shift, the nurse will be compensated for the time spent at such functions at the nurse's hourly rate. RNs on an extended (ten (10) or twelve (12) hour) night shift will be compensated at the straight-time rate plus applicable shift differentials they would normally be paid if they are required to miss a scheduled shift to attend a required eight-hour educational function during day shift hours. When feasible, an extended shift RN working nights may choose to return to work for some part of the remaining shift hours following such a required educational function. Other than the above, night shift nurses will not be scheduled an additional shift to make up for the canceled shift in such situation. Extended twelve (12) hour day shift RNs will be compensated at the straight time rate plus applicable differentials they would normally be paid if they are required to miss a scheduled shift to attend a required eight (8) hour educational function during day shift hours. When feasible, an extended shift RN may, but is not required to, work some part of their normally scheduled shift after an eight (8) hour education class or function. The term "education" will include ARRMC-requested individual training in specialty as well as other educational training.

Procedure for extended night shift RNs to attend day shift mandatory educational classes:

> **Step 1:** Determine if the class is available on a day outside of regularly scheduled night shifts. If so, schedule on that day.
>
> **Step 2:** If not, engage in interactive communications to determine possible voluntary alternate days of scheduled work – up to FTE status – in the workweek in question to help facilitate attendance.
>
> **Step 3:** If, based on all circumstances and with manager approval, a mandatory education class must be scheduled on a day shift falling between two consecutive regularly scheduled night extended shifts, the Hospital will take the RN off the night shift schedule and pay twenty-four (24) hours straight time to the affected RN, to be allocated as follows:
>
> Twenty-four (24) hours pay for the eight (8) hour educational course and missed night shift no. 1 and no. 2.
>
> When a regularly scheduled twelve (12) hour shift starts between 1500 and 1800 hours, and the RN on such a scheduled shift is required to attend an eight-hour educational program during day hours (typically 0600 to 1700 hours), any extra four hours work will be scheduled contiguous to the educational program and within normal scheduled shift hours.

14.3    **Voluntary Paid Educational Leave:** Continuing education and accompanying educational leave for RNs is an important part of the Hospital's patient care mission, and therefore should be a priority component of unit-based scheduling.

Except as provided in Article 14.2 above with respect to night shift RNs, mandatory education courses and/or leaves shall not affect voluntary educational leave allowances.

The Hospital will provide the Association reports on RN voluntary educational leave utilization on Association request, such requests to be made no more frequently than every six (6) months.

After each year of employment, regular status nurses will be eligible for thirty-six (36) hours paid education leave per fiscal year October 1 through September 30. An annual maximum of 3,200 hours (of which a maximum of 1,600 hours will be granted during the first six (6) months of the fiscal year) paid education leave will be provided by ARRMC for this purpose. The RN must show proof of attending the educational course or activity or will forfeit this paid educational leave. The RN will receive pay for the hours missed due to the educational leave, not to exceed the nurse's regular FTE, at the RN's normal rate of pay, calculated in the same manner as ETO pay. Voluntary paid education leave will not count towards overtime or any other premium payment. The Hospital will work with RNs requesting paid educational leave to minimize lost work hours, or to reschedule hours. In particular, the nurse and their clinical manager will agree on the scheduled shift(s) to be missed in connection with deciding upon an educational leave request and paid educational leave will be available for all such hours if the request is granted. Normally no work at the Hospital will be required on educational leave days.

This thirty-six (36) hour annual paid educational leave is the maximum Hospital management may award an eligible RN. It is not a guarantee or entitlement.

    A. **Eligible Programs:** Education leave will be available for programs sponsored by hospitals, education institutions, government agencies or professional associations. RNs will be eligible for paid educational leave for programs related to current or future RN patient care responsibilities, and which will benefit both the RN and ARRMC.

1    ARRMC will pay twelve (12) hours of educational leave to RNs who are
2    granted leave for the Association conference/convention by the Hospital
3    without review of program content.
4
5    **B.** **Reimbursement:**  Each nurse who successfully completes such seminar
6    or program is entitled to reimbursement of expenses, including, but not
7    limited to, tuition, CEU costs, travel, mileage, lodging, exam fees, books,
8    and meals of up to One Thousand Dollars ($1,000.00) per fiscal year,
9    accumulating over two (2) years if not fully used, up to Two Thousand
10   Dollars ($2,000.00).
11
12   **C.** **Requesting Educational Leave:** Requests for such leave will be made in
13   writing to the department clinical manager with a copy to the PNCC Co-
14   chairs, on a record made available by ARRMC. The request will set forth
15   the details and purpose of the program. Approval of education leave will
16   not be unreasonably denied. It is understood by the parties that the
17   Hospital will not be required to grant approval for a request of education
18   leave if such leave would seriously interfere with staffing.
19
20   **D.** **Unused Educational Leave:** A nurse entitled to apply for education leave
21   and who does not apply waives it for that year. However, unused leave will
22   accumulate if a nurse applies for and does not receive leave in a year for
23   which she/he is qualified but cannot be accumulated for more than three
24   years.
25
26   **E.** **Allocating Educational Leave:** Scheduling for educational leave and
27   funds will be subject to equitable rotation among RNs in a department.
28   Nurses who have been denied educational leave in one instance will have
29   priority, on an equitable basis, for scheduling educational leaves for the
30   next requested event or program. All denied leave requests will be sent to
31   the applicant with a letter of explanation. If the educational leave has been

denied because of staffing issues and the nurse finds a replacement, educational leave will not be arbitrarily denied. It is also the intent of the parties that educational leave will be available to nurses on all shifts on an equitable basis.

Nurses need to keep records of denials and make clinical managers aware of their priority, upon the next educational leave request, to ensure priority is given over nurses who were granted, or who did not apply for, educational leave in the prior instance.

F. **Reports:** The nurse may be requested by ARRMC to make a report regarding the education experience.

G. **Scheduling Educational Leave:** ARRMC will make reasonable work schedule accommodations for nurses scheduled to work on the day of an education program.

H. **Overtime Pay:** Overtime pay will not be a reason to deny voluntary educational leave, but the only overtime qualifier for such educational leave overtime pay is hours over forty (40) per workweek, that is, consecutive days, consecutive weekend, twenty-four (24) hour rule, etc. overtime rules do not apply to voluntary educational leave hours.

I. **Eligibility:** Nurses will be eligible for the benefit on their continuous Asante employment anniversary date.

14.4 **Mandatory Initial and Renewal Certifications:** For certifications that are a mandatory job requirement for a position, including but not limited to: BLS, PALS, TNCC, ACLS and Fetal Monitoring, the Hospital will pay for renewal of such certifications. The Hospital will pay for initial required certification(s) for nurses participating in the New Graduate RN Program or Nurse Residency Program.

Nurses who wish to obtain required certification for other departments will first use their contractual ONA Education funds and if such funds are exhausted and a nurse is awarded a position for which such certification is mandatory, the Hospital will pay for the initial certification.

**14.5** **Tuition Reimbursement – Institutes of Higher Learning:** ARRMC will provide reimbursement for tuition, fees, and books to regular status nurses who complete approved education programs.

    **A. Relevance of Course:** The course must relate to the nurse's current Hospital work or future Hospital positions, and constitute undergraduate or graduate course work, or seminars, for which credit is offered through an institute of higher learning. This determination will be made at the discretion of the Hospital.

    **B. Approval by ARRMC:** Nurses must request reimbursement on form P 56, which will be readily accessible through Asante.net (intranet) and the Asante HRIS system, and receive authorization in writing prior to the start of the program. The written request which should include goals to be obtained and must be submitted to the nurse's department director. Approval of tuition reimbursement will be made by the Vice President for Nursing ARRMC upon the recommendation of the nurse's clinical manager, and a copy of the approval sent to the PNCC Co-Chairs.

    **C. Satisfactory Performance:** For reimbursement the nurse must receive a "C" or higher grade or for pass/fail courses the nurse must pass.

    **D. Reimbursement:** Regular status RNS will be reimbursed for courses completed as follows:

After completion of one (1) year of continuous service, one hundred percent (100%) tuition reimbursement to a maximum of $2,000 per fiscal year, or to a maximum reimbursement as specified in Hospital policy if a higher amount, subject to any Hospital policy requirements.

**E.** **Increases in Reimbursement:** ARRMC may in its discretion increase tuition reimbursement benefits above those set forth in this Section.

**F.** **Flexible Status Nurse Reimbursement:** The One Thousand Dollars ($1,000.00) annual fiscal year reimbursement (accumulating over two (2) years if not fully used, up to Two Thousand Dollars ($2,000.00)) will be made available to flexible status nurses who work a minimum of 1,040 hours in the prior fiscal year October 1 through September 30.

**14.6** **Staff Meetings:** It is recognized that ARRMC in-service programs and staff meetings are an important part of professional development, and attendance is expected. Nurses must attend a minimum of four (4) staff meetings per year. For any additional staff meetings that a nurse is unable to attend, the nurse is expected to read and initial minutes, if available. Staff meetings will be scheduled proportionally during day shift and night shift hours to ease attendance. All staff meetings will offer attendance by phone or electronic method. A schedule of meeting dates and times will be posted annually in each unit to facilitate ease of scheduling. Each unit will schedule a minimum of eight (8) staff meetings per year. The minimum meeting requirement may be waived or adjusted for a nurse who has been on an approved leave of absence.

1    **ARTICLE 15 – COMMITTEES**

2    The committees in this Article serve a valuable patient care purpose. The committees

3    shall schedule regular and predictable meetings as early in advance as possible, at

4    times which will facilitate maximum attendance. Schedulers and managers will plan for

5    coverage, to allow committee member RNs release time from work for such committee

6    meetings, understanding that patient care is dynamic and that staffing needs at times

7    may prevent such release. All RN committee members' time shall be compensated.

8

9    The Hospital and the Association will agree on schedules for the following committees

10   that allow participation, to the maximum extent possible, of nurses on all shifts.

11

12   The Hospital and the Association will each attempt to select committee members to

13   minimize work schedule/committee meeting conflicts.

14

15   All committee members will make reasonable efforts to attend all meetings.

16

17   Release time for RNs on the Staffing Committee will be provided, in accordance with

18   law.

19

20   If a committee member has to miss a meeting, the chair(s) will request a volunteer to

21   brief that individual on the committee's discussions.

22

23   **15.1**   **<u>Professional Nursing Care Committee:</u>** The Association will elect from its

24          membership at least five (5) members of the bargaining unit who will constitute

25          the Professional Nursing Care Committee (PNCC). The Association may elect or

26          appoint additional members. The PNCC will prepare an agenda and keep

27          minutes and a roster of all of its meetings.  ARRMC will provide paid release time

28          (estimated two hours per month) for each of the five (5) members of the PNCC

29          when the monthly meeting occurs during duty time. Hospital administration will

30          also provide a PNCC mailbox in the employee cafeteria. Hospital administration

31          members of the PNCC will attend the PNCC meeting every other month. For

meetings that the Hospital administration members do not attend, the Hospital administration members will be responsible to complete and provide minutes and a roster to the Hospital administration members within seven calendar days of the meeting.

The PNCC will consider those matters regarding patient care and nursing practice which are not proper subjects to be processed through the grievance procedure.

The PNCC will partner with the Hospital to promote excellence in clinical practice and engagement through a mutually agreed upon Nursing Clinical Ladder Program. The Clinical Ladder is a program to recognize and reward RNs who actively engage in professional role development, advancement and redesign of clinical practice, and a positive work environment/culture. These actions take place through professional development, continuous learning, teamwork, leadership and innovation, shared governance, and/or community outreach. The ARRMC Nursing Clinical Ladder establishes the recognition that everyone is personally accountable for his or her professional practice, professional growth, and positive contribution to the workplace.

**Responsibilities of the PNCC:**

1. Collaborate with the Hospital to develop and implement a mutually agreed upon ARRMC Nursing Clinical Ladder.

2. Assist staff nurses to maintain professional standards, examine issues, and make recommendations regarding improved nursing practices and patient care outcomes.

3. Address clinical practice issues within ARRMC or research evidence based best practice and solutions in the context of the Clinical Ladder

process. Recommendations that impact other Asante locations will be routed to the appropriate system-wide committee.

4. Have access to and be able to evaluate data related to the quality of nursing care, except statutorily protected confidential information.

5. Review and provide recommendations for use of Voluntary Paid Education Leave and Reimbursement provided under Article 14.3.

6. Review and provide recommendations relating to the Hospital's plan to address equity, diversity, and inclusion, as developed by the Hospital-wide steering committee.

**Membership/Activities/Actions and Reporting:**

1. There will be a chairperson and secretary elected by the members of the PNCC.

2. There will be two management members of the PNCC (6th and 7th members) appointed by Hospital administration. Hospital administration may appoint up to two (2) additional participants.

3. The chairpersons will prepare and distribute an agenda for each meeting.

4. The approved minutes of each meeting will be distributed to the Vice President for Nursing, and to the Labor-Management Committee. The ONA Co-Chair also will provide the minutes to the ONA Executive Committee. PNCC activities will be reported to the bargaining unit members quarterly.

5. The five (5) formal PNCC members appointed by the Association will receive straight time pay (normally two (2) hours) for attendance at PNCC meetings. The secretary will receive additional straight time pay when required to prepare minutes, reports, or correspondence (normally one (1) hour's pay).

6. The PNCC will develop yearly calendar of activities consistent with the goals of the PNCC.

**15.2**    **Labor-Management Committee:** The Labor-Management Committee (LMC) is an advisory committee created to provide a forum for regular ongoing communication between the ONA and Hospital administration regarding issues of mutual interest. This LMC shall meet a minimum of six (6) times during the course of the calendar year. Meeting dates and times will be established by the LMC to best accommodate work schedules of LMC members. Typically, the LMC will meet every other month, in months in which the Hospital administration members of the PNCC are not attending the PNCC meeting.

The LMC shall discuss new or existing work rules, policies, and other non-contractual issues as a means to minimize these issues and create an atmosphere conducive to positive resolution and cooperation.

This LMC is not intended to replace the collective bargaining process or the grievance procedure that is outlined in Article 17 of this Agreement. The LMC, however, may discuss Hospital practices or policies which have led to grievances. No individual employee grievance or contract language changes will be discussed. The LMC may confer with PNCC when appropriate to address nursing practice issues, which are primarily assigned to the PNCC. It is expected that increased communication between Hospital representatives and ONA representatives will reduce the necessity for formal grievances. The LMC has not been created to replace other Hospital committees, but rather to address non-

1  contractual issues related to policy application and general working conditions,
2  RN concerns, and morale.
3
4  The Hospital will select three members, of which one shall be a Patient Care
5  Services representative.  The ONA Committee membership shall consist of the
6  ONA Field Representative and three nurses to be selected by the bargaining
7  unit. The LMC is considered a Hospital committee and employees will be paid for
8  time spent in Committee meetings. A member of the Board of Directors and a
9  representative of the ARRMC medical staff will be invited to attend the LMC on a
10  quarterly basis. The purpose of this meeting is to share information about
11  existing issues affecting nursing practice and professional standards, including
12  recommendations made by the PNCC. Minutes and meeting materials of this
13  quarterly meeting shall be provided to the participating Board member and
14  medical staff representative.
15
16  After ratification of this Agreement, the Hospital will provide patient care
17  supervisors and managers with in-person training to review the current collective
18  bargaining agreement.  This training will be facilitated by the Hospital based on
19  content agreed-upon by the LMC.
20
21  **15.3**  **Hospital Nurse Staffing Committee:** The Hospital Nurse Staffing Committee
22  shall be composed of an equal number of nurse managers and bedside
23  registered nurses, including at least one (1) direct care registered nurse from
24  each unit or specialty area as defined by the Hospital, to be selected by the
25  Association and one direct care staff member who is not an RN and whose
26  services are covered by the written Hospital-wide staffing plan. The Union will
27  actively promote a goal of attendance by the primary or secondary bedside
28  representative of at least 50% of ARRMC recognized nursing units at each
29  Hospital Nurse Staffing Committee meeting. Pursuant to current Oregon staffing
30  laws, the Committee shall have as its primary goal the provision of safe patient
31  care, and adequate nurse staffing, and the development, monitoring, evaluation,

and modification of the staffing plan for nursing services. The Hospital Nurse Staffing Committee shall meet at 08:00 to allow participation of day shift and night shift nurses.

In developing the staffing plan, the Hospital Nurse Staffing Committee may consider:

A. The specialized qualifications and competencies of the nursing staff and the skill mix and level of competency needed to ensure that the hospital is staffed to meet the health care needs of patients;

B. The size of the hospital and a measurement of hospital unit activity that quantifies the rate of admissions, discharges and transfers for each hospital unit and the time required for a direct care registered nurse belonging to a hospital unit to complete admissions, discharges and transfers for that hospital unit;

C. The unit's general and predominant patient population as defined by the Medicare Severity Diagnosis-Related Groups adopted by the Centers for Medicare and Medicaid Services, or by other measures for patients who are not classified in the Medicare Severity Diagnosis-Related Groups;

D. Nationally recognized evidence-based standards and guidelines established by professional nursing specialty organizations, if any;

E. Differences in patient acuity;

F. Tasks not related to providing direct care.

Bedside nurse members will be released from duty for Committee meetings as well as subcommittee meetings and other duties related to Committee work as requested by the Committee. Alternate members will be released from duty when replacing a regular member. Nurse members and alternates will be paid their hourly wage, plus appropriate differentials, for time spent in the above Committee activities. Association members who oversee the selection of the registered nurse members and alternates will also be entitled to be paid for hours spent in

activities requested by the Committee. In the event the provisions of the current Oregon staffing laws are changed, the provisions of this Article will be deemed modified in accordance with such changes.

**Shared Information:** On a quarterly basis, the Hospital will provide the following information to the Hospital Nurse Staffing Committee, separated by department/unit:

- Department FTE, overtime hours worked, standby hours worked, shadow vacancy rate, ASI/CNI hours worked, hours worked by contract/agency nurses;
- The percentage of shifts which deviated from the approved staffing plan by unit and shift;
- The number of meals and rest breaks missed by direct care staff by unit; and
- Any schedules requiring Island days.

15.4 <u>**Unit-Based Staffing and Scheduling Committee:**</u> It is the responsibility of each nursing unit to A) create unit-based staffing and scheduling guidelines; and B) develop the unit's staffing plan to be presented to the Hospital Nurse Staffing Committee.

Each unit shall elect a Unit-Based Staffing and Scheduling committee bi-annually.

The Unit-Based Staffing and Scheduling Committee membership will be composed of department RNs and department leadership.  Staff RN members will be elected bi-annually by a majority of RNs in the department (50% + 1 RN).

**Unit-Based Staffing and Scheduling Guidelines:** This unit committee will work collaboratively with the unit manager to develop consensus on protocols, communications, guidelines, and rules to accomplish a balanced schedule. The committee will be responsible for developing Staffing and Scheduling guidelines that will be voted on at minimum every two years and when changes are made. A valid vote shall have a majority of the department's RNs' participation and a majority vote in favor or against (50% + 1 RN). All recommendations and/or guidelines of the unit committee shall be approved by a majority vote of RNs on the unit, including any changes thereto. All recommendations shall be consistent with the ONA-ARRMC collective bargaining agreement, and with the procedures and protocols of the Hospital Nurse Staffing Committee.

**Unit-Based Staffing and Scheduling guidelines should address:**

- Procedure for fair and equitable float rotation, including how floating is tracked.
- Procedure for fair and equitable granting of voluntary standby, mandatory call off, and mandatory standby.
- Procedure for requesting, tracking, and granting schedule pattern requests.
- Procedure for providing a balanced schedule prior to the schedule being posted. This includes a fair and equitable rotation for schedule changes to achieve a balanced schedule.
- Definition of prime-time months for purposes of ETO granting.
- Procedure for granting ETO requests fairly. This includes annual ETO requests and ongoing requests throughout the year.

**Unit Nurse Staffing Plan:** The Hospital Nurse Staffing Committee representative for the unit shall coordinate and communicate with each Unit-Based Staffing and Scheduling Committee on the unit they represent, as requested. The unit's recommended Nurse Staffing Plan will be developed collaboratively with unit leadership and the Unit-Based Staffing and Scheduling

1    Committee, ensuring all legal requirements are fulfilled, including consideration of
2    those items listed in Section 15.3, A-F, above, which are the criteria the Hospital
3    Nurse Staffing Committee may consider in approving each unit's Nurse Staffing
4    Plan. All RNs on the unit will have an opportunity to provide feedback on the
5    unit's Nurse Staffing Plan prior to presenting it to the Hospital Nurse Staffing
6    Committee.
7    The Unit-Based Staffing and Scheduling Committee representative of the
8    Hospital Nurse Staffing Committee will be responsible to co-present the unit's
9    recommended Nurse Staffing Plan with the unit's leadership at least annually.
10
11    Nurse members of the Unit-Based Staffing and Scheduling Committee shall be
12    paid for all approved committee work time.  Nurse members will work
13    collaboratively with nursing management on all issues.  In case of dispute(s)
14    about Staffing Standby, float, staffing, ETO guidelines, or scheduling issues that
15    cannot be resolved at the unit level by unit RNs and the manager, the Vice
16    President for Nursing or designee will mediate in an attempt to resolve the issue.
17    If the dispute(s) cannot be resolved at this step, the final decision will be made by
18    a majority vote of the Hospital Nurse Staffing Committee.  Any violations of this
19    procedure will be resolved through the Article 17 grievance process.
20
21    **15.5    Code Triage Incident Command:** Upon initiation of Code Triage Level 1, one
22    ONA representative, designated by the ONA, in writing to the Hospital, shall have
23    the right to attend Incident Command.

**ARTICLE 16 – EMPLOYMENT STATUS AND DISCIPLINE**

**16.1** **Probationary period:** Asante has a formal introductory period. An employee's first six months as a new employee, or as an employee transferred to another unit during the first six months, are intended to give their opportunity to demonstrate the ability to achieve a satisfactory level of performance and to determine whether the new position meets expectations. Asante uses this period to evaluate the employee's capabilities, work habits and overall performance. If Asante determines that the designated introductory period is insufficient to thoroughly evaluate the employee's performance, the introductory period may be extended for a specified time.

During a nurse's probationary period, disciplinary action shall not be subject to the grievance procedure. A nurse who has completed his/her probationary period and feels he/she has been disciplined, suspended, demoted, or discharged without just cause may present the matter for consideration under the grievance procedure.

**16.2** **Resignation Notice:** A nurse will give ARRMC written notice not less than two (2) weeks prior to the time of intended resignation.

**16.3** **Notice of Involuntary Termination:** ARRMC will give a nurse who has completed the new hire/probationary period not less than two (2) weeks' notice of termination, or pay in lieu thereof, unless the nurse is terminated for cause or matters which constitute a violation of professional nursing ethics, scope of practice, or gross misconduct. In such cases, there would be no two (2) week notice of termination or pay in lieu thereof, and to the extent allowed by law, ARRMC would be entitled to off-set against any accrued benefits or wages an amount equal to the damages sustained by ARRMC as a result of the nurse's conduct.

**16.4**　**Exit Interviews:** Nurses will receive an anonymous electronic exit interview upon voluntary termination. Upon request, a nurse shall be granted an exit interview conducted by the Human Resources department or another leader as designated by Human Resources when transferring to a different unit or upon discharge/resignation of employment. A summarized copy of the interview will be provided to the Association upon written authorization of the exiting nurse.

**16.5**　**Pre-Discipline Investigatory Meetings:** A nurse will be provided with advance notice of an investigatory meeting over any issue that may lead to discipline of the nurse, including the general subject matter of the investigation. Except in situations where immediate action is needed, the manager will work with the nurse to determine an appropriate time for the meeting, taking into account the manager's and nurse's schedule, and the staffing needs of the nurse's unit. A nurse shall have the right to have an Association representative accompany them when there is a formal investigation pending possible disciplinary action, upon the nurse's request.

**16.6**　**Progressive Discipline:** Coaching/corrective action is undertaken to clarify policy and performance expectations in a problem-solving, collaborative manner. Coaching/corrective action for most behavior or performance problems is usually handled in a progressive manner, with the level of counseling advancing from a minor action (such as a discussion) up to termination if problems persist. However, some infractions may be of such a serious nature that some or all of the normal progressive steps are skipped, and some infractions can result in immediate termination for the first infraction. Additionally, some or all of the normal progressive steps may be skipped for employees within their introductory period.

　　**16.1.1** The following steps are considered general guidelines for situations requiring progressive corrective action related to work performance, attendance violations or unacceptable employee conduct. A fair and appropriate investigation

1    is conducted, which includes listening to the employee's side of the story. Each

2    situation is ultimately handled at the discretion of the manager involved.

3        **1.** Documented Verbal

4        **2.** Written corrective action

5        **3.** Final written corrective action

6        **4.** Termination

7

8    **16.7** <u>**Discipline:**</u> Asante shall have the right to discipline, suspend, demote to a lower

9    classification, or discharge a nurse for just cause. A nurse, who in the nurse's

10    opinion has been disciplined without just cause, may present the matter for

11    settlement under the grievance procedure outlined in Article 17. Nurses who are

12    absent from work without authorization are subject to discipline, including

13    discharge. Generally, ARRMC will not impose administrative leave of more than

14    three (3) days, provided however that ARRMC may impose a longer period of

15    time as necessary to conduct a thorough investigation, which may be converted

16    to a discipline and/or termination depending on the circumstances. In some

17    cases, such as leave for investigation of incidents such as fit-for-duty, ETO may

18    be used. All discipline documents will be clearly labeled as such, and dated, and

19    will be invalid after one (1) year (except to show RN knowledge of a rule or

20    policy). All discipline documents are subject to the grievance and arbitration

21    procedure.

22

23    ARRMC will not impose discipline based solely on data obtained from random

24    systems audits or electronic nurse locator or tracking devices without separate

25    and independent investigation of the facts.

26

27    Extreme proven dishonesty, patient abuse or endangerment, or violence, when

28    the behavior is akin to criminal offense, at an Asante affiliate of ARRMC resulting

29    in discharge, may constitute just cause for dismissal from ARRMC as well. The

30    Grievance and Arbitration Procedures of this Agreement apply to such situations.

1          **16.7.1 <u>Reports to OSBN:</u>** The Chief Nursing Officer will review and analyze all

2          corrective actions before any Hospital report to the Board of Nursing and notify

3          investigated RN that the report has been made.

4

5    **16.8**    **<u>Personnel Files:</u>** Nurses will have access to their personnel files in accordance

6          with Oregon Revised Statute 652.750(2)(3). No written notice of discipline or

7          evaluation will be placed in a nurse's personnel file or any anecdotal file without a

8          copy first having been given to the nurse.

9

10    **16.9**    **<u>Coaching:</u>** Coaching is a problem-solving process focused on improving

11          performance. Coaching discussions or discussion notes about ARRMC policy or

12          performance expectations will not be used for or considered discipline subject to

13          the grievance or arbitration process and will likewise not be considered to be any

14          step of the progressive discipline process, or referred to as such by ARRMC.

15          These discussions or notes will solely and exclusively be used by ARRMC to

16          show that prior communications about ARRMC policy and performance

17          expectations have taken place, and to show RN awareness of the same.

18

19          ARRMC clinical managers may or may not prepare documentation of coaching

20          sessions, after the coaching discussion has occurred.  If such documentation is

21          prepared, such documentation will be provided to the RN in question within

22          seven (7) calendar days of the discussion or later, as mutually agreed with the

23          clinical manager and nurse. Space will be provided on the documentation for the

24          nurse's response, which will be due within seven (7) calendar days of receipt.

25          These seven (7) day periods will be suspended during any period when the

26          nurse or the clinical manager is absent from work due to illness, approved leave,

27          etc., or if there is mutual agreement to do so between the nurse and clinical

28          manager.

29

30          Because coaching is not discipline, it is not subject to the grievance procedure.

1    **16.10** __Evaluations:__ Evaluations will not be considered discipline and are not subject to

2    Article 18, Arbitration Procedure, unless an evaluation results in no step increase

3    or other financial penalty.

1    **ARTICLE 17 – GRIEVANCE PROCEDURE**

2    **17.1    <u>Time Limits Generally:</u>** All time limits in this Article will be Monday through

3    Friday only and may be extended by mutual consent, confirmed in writing.

4

5    **17.2    <u>Grievance Defined:</u>** A grievance is a dispute arising out of the interpretation or

6    application of this Agreement. Each grievance must identify the Articles and

7    Sections of the contract which have allegedly been violated, specifically outline

8    the facts and events on which it is based and the requested remedy. A grievance

9    may be filed by the Association or a nurse under the following procedure

10   regarding disputes which arise during the term of this employment agreement. A

11   probationary new hire RN may use the grievance procedure to contest discipline,

12   or other alleged contract violations, but will not be entitled to process a grievance

13   to arbitration, or to continue a grievance on discipline post-termination.

14

15   **17.3    <u>Procedure for Processing Grievances:</u>** Except in unusual circumstances (for

16   example, when a problem directly relates to a supervisor's perceived misconduct,

17   when the supervisor has issued the discipline being grieved, or when it relates to

18   an issue a supervisor has no involvement with or no authority over), an RN

19   should present problems which may generate a grievance to their immediate

20   supervisor for resolution before filing a formal grievance. The Association

21   grievance officials will communicate this responsibility to all potential RN

22   grievants. Grievances shall not be heard at Step 1 or Step 2 by any Hospital

23   official who had a decision-making role with respect to the particular discipline

24   being grieved. The parties recognize that it is best to fully resolve issues through

25   such discussions whenever possible.

26

27   **<u>Informal Fact-Finding Resolution of Potential or Actual Grievances:</u>** Prior to

28   the Step 1 hearing (or the Step 2 hearing with respect to grievance issues that

29   may be presented initially at Step 2), the parties may choose to meet in a fact-

30   finding meeting, and/or to determine possible resolution of a grievance.  The

31   same sort of meeting may occur with respect to an issue that may, but has not

1    yet, given rise to the filing of a formal grievance.  The Hospital will agree to
2    suspend the ten (10) day grievance filing time restrictions (specified in the Step 1
3    procedures) when the ONA timely requests such a meeting on such an issue.
4    The Step 1 and Step 2 Hospital official's obligation is to take a fresh, unbiased
5    look at all grievance issues, exercising neutrality and fairness.  If a pre-hearing
6    investigation of a fact or issue is deemed appropriate by such official, both
7    management and the ONA will be asked about the fact or issue.
8
9    At either Step 1 or Step 2, the Hospital may conduct further factual investigation.
10   When this occurs, the Association will be notified of the results, and be provided
11   an opportunity for input, rebuttal, or challenge with respect to the newly
12   discovered information before the Step 1 or Step 2 written decision is finalized.
13
14   **Step 1:**    **Vice President for Nursing ARRMC:** If a nurse or the Association
15            decides that the problem should be treated as a grievance, the
16            grievant and an Association representative will submit the
17            grievance in writing to the supervisor, whom the nurse understands
18            to be the "immediate supervisor" and the Vice President for Nursing
19            ARRMC or designee.
20
21            The nurse has ten (10) days from the date that they had knowledge
22            of, or should have been aware of, a contract violation upon which
23            the grievance is based, to file the grievance. The immediate
24            supervisor and the Vice President for Nursing ARRMC, or a
25            designee, will meet with the grievant and Association
26            representative within ten (10) days to hear the grievance.

1    All filed grievances will receive a Step 1 hearing, with the Hospital
2    reserving the right to question whether the matter is a proper (for
3    example, under Article 16.4) or timely grievance.  A written
4    response will be rendered to the grievant and the Association within
5    ten (10) days.

6

7    **Association Grievance:** A grievance, relating to occurrences
8    involving three (3) or more nurses, may be initiated by the
9    Association at Step 1 of the above- mentioned procedure by the
10   filing of a written grievance, signed by one of the affected nurses or
11   a representative of the Association, within ten (10) calendar days
12   from the date of occurrence. Such a grievance shall describe the
13   problem and the contract provisions alleged to be violated.

14

15   **Step 2:**    **Human Resources:** If the nurse is dissatisfied with the response
16   under Step 1, the grievance may be presented to the Vice
17   President of Human Resources or designee. The grievance, with a
18   written outline detailing the matter, will be delivered or mailed to the
19   Vice President of Human Resources or designee within ten (10)
20   days of the receipt of the "Step 1" response or within ten (10) days
21   from the expiration of time allowed for response. The requested
22   remedy will be added to the written grievance by the Association
23   before submitting the grievance to the Vice President of Human
24   Resources. The Vice President of Human Resources or designee
25   and the same representative for Patient Care Services present at
26   the "Step 1" hearing will meet with the grievant, local bargaining
27   unit representative and Association representative within ten (10)
28   days from the receipt of the grievance with remedy. Together, they
29   will attempt to resolve the grievance. The Vice President of Human
30   Resources will render a written decision within ten (10) days from
31   such a meeting.

When a nurse is terminated and presents a grievance of the matter to be considered, the grievance hearing may, at the discretion of the Association, be conducted at "Step 2."

Either party may bring additional individuals (limited to Hospital employees or Association officials) to a Step 1 or Step 2 meeting whom either party believes may contribute to the investigation or resolution of the grievance, for example, witnesses, persons involved in making prior decisions with respect to the incident being grieved, etc.  The parties will communicate in advance to identify the individuals who will attend such meetings.  Association or management officials may also attend such meetings in order to learn how the grievance process works with mutual consent, including consent of the grievant.

**Step 3.**     **Arbitration:** If the issue is not settled on the basis of the foregoing procedure, the Association may submit the issue to arbitration by notifying the other party in writing within ten (10) days from receipt of the written response in Step 2, or if the written response is not received within that time period, within ten (10) days from the expiration of time allocated in Step 2 for the response.

**17.4**   **Resolution of Physician-RN Conflicts:** The appropriate clinical manager will try to resolve professional or interpersonal conflicts between RNs and physicians in an amicable way.

**ARTICLE 18 – ARBITRATION PROCEDURE**

**18.1** <u>**Selection of Arbitrator**</u>. ARRMC and Association or their designees will meet as soon as possible after the grievance is submitted at Step 3 to select a mutually agreeable arbitrator. In the event ARRMC and Association are unable to agree on the selection of a third party within ten (10) days from the date the grievance is tendered in Step 4, the Federal Mediation and Conciliation Service will be jointly requested to submit a list of seven proposed arbitrators. The Association and ARRMC will each alternately strike from this list one name at a time until only one name remains on the list. The party striking first will be determined by the flip of a coin. The name of the arbitrator remaining on the list will be selected to arbitrate the matter.

**18.2** <u>**Association and ARRMC Responsibilities**</u>. The parties will stipulate to the arbitrator, whenever possible, the issue or issues to be decided. The parties will jointly request that the arbitrator render a written decision within thirty (30) days from the hearing. The expenses of the arbitration will be borne equally by both ARRMC and the Association.

**18.3** <u>**Authority of the Arbitrator**</u>. The jurisdiction of the arbitrator will be confined in all cases exclusively to questions involving the interpretation and application of existing clauses or provisions of this Agreement. The arbitrator will not have authority to modify, add to, alter or detract from provisions of this Agreement or to impose any obligation on Hospital or Association not expressly agreed to by the terms of this Agreement.

The decision or decisions of the arbitrator will be announced in writing to the parties and will be final and binding on both parties. It is further understood and agreed that the arbitrator's decision may provide retroactivity not to exceed thirty (30) days from the date of the initial filing of the grievance as defined in this Article.

1    **18.4    <u>Arbitration of Discrimination Issues</u>**.  In the event a grievance arises under
2        Article 2 (Nondiscrimination), and such grievance is not resolved or otherwise
3        terminated before arbitration, ARRMC and Association will stipulate on the record
4        that the arbitrator, in deciding the Article 17 issue, may apply settled law under
5        the Oregon Discrimination Laws, Title VII of the Civil Rights Act of 1964, or the
6        Civil Rights Act of 1886.  It is the understanding that the settled law which will be
7        applied by the arbitrator usually will be found in decisions of the Supreme Courts
8        of the United States or the State of Oregon. Decisions of the Circuit Court of
9        Appeals or the Oregon Court of Appeals will be utilized if the Supreme Courts
10       have not decided the issue and there is no conflict in the decision of the Court of
11       Appeals.  In the event that an Article 17 issue is raised for the first time in the
12       arbitration hearing, the parties agree to enter into the above stipulation without
13       prejudice to the position of either or both that the issue should have been raised
14       in the grievance procedure.

1    **ARTICLE 19 – SEPARABILITY**

2    In the event that any provision of this Agreement will at any time be declared invalid by

3    any court or government agency of competent jurisdiction, such decision will not

4    invalidate the entire Agreement, it being the express intention of the parties hereto that

5    all other provisions not declared invalid will remain in full force and effect.

**ARTICLE 20 – DURATION**

Except as otherwise provided, this Agreement will be effective through September 30, 2026, and from year to year thereafter if no notice is served as hereinafter provided. If either party wishes to modify or terminate this Agreement, it will serve notice of such intention upon the other party no more than one hundred twenty (120) days and no less than ninety (90) days prior to the expiration or subsequent anniversary date.

DocuSign Envelope ID: 233003E3-A7E1-4248-92B4-3AAB5C1517F8

1                        **SIGNATURE PAGE**

2    **IN WITNESS WHEREOF, ARRMC AND ASSOCIATION**

3    **Have Executed This Agreement as of October 1, 2023**

4

**OREGON NURSES ASSOCIATION**          **ASANTE ROGUE REGIONAL MEDICAL CENTER**

_____          _____
Fred Katz                                Amanda Kotler

_____          _____
Andrew Farina                            Alicia Lorenz

_____          _____
Keith Coddington                         Sarah Hillyer

_____          _____
Meagan Pereira                           Staci Sparks

_____          _____
Joseph Sasser                            Jackie Damm

_____
Heather Hicks

_____
David Baca

_____
Misha Hernandez

1      **EXHIBIT A – ECONOMICS**

2  **A.1**   **Future Gain Share or Incentive Programs:** Notwithstanding anything else

3         specified in this Exhibit, the Hospital may implement any gainshare or incentive

4         program above and beyond contract minimums during the contract term as long

5         as the changes are implemented Hospital-wide, and the Hospital provides 30-day

6         advance notice and opportunity for discussion/input to the Association.

7

8  **A.2**   **Wages and Steps:** The minimum base wages for nurses in the bargaining unit

9         will be as specified on Exhibit D hereof.

10

11 **A.3**   **Premiums**: (effective the first full pay period following ratification).

| | |
|---|---|
| Charge Nurse | $6.00/hr. |
| Hospice Case Manager | $6.00/hr. |
| Operating Room Team Leaders | $6.00/hr. |
| Preceptor/Mentor | $2.50/hr. |
| BSN | $1.50/hr. |
| Critical Care Outreach Nurse | $6.00/hr. |
| Nursing Resource Team | $6.00/hr. |

21 **A.4**   **Certification Bonus:** Each nursing unit will identify and publicize at least one

22        preferred, not required, advanced certification. There will be no payment for

23        multiple certifications or re-certifications.

24

25        RNs with certification(s) as described above will receive $1.50 per hour

26        certification differential (regular status and flexible status RNs eligible).

27

1 **A.5    <u>Shift Differentials:</u>**

2

3 **Days:**    No shift differential will be paid for hours worked between 7 A.M. and 3

4 P.M.

5 **Evenings:**    A nurse will receive an evening shift differential of $2.50/hr on all hours

6 worked between 3 P.M. and 11 P.M.

7 **Nights:**    A nurse will receive a night shift differential of $10.00/hr on all hours

8 worked between 11 P.M. and 7 A.M.

9

10 **<u>Consecutive Years Night Shift Work Enhanced Differential:</u>** Regular

11 RNs with at least twelve (12) months of consecutive regularly scheduled

12 night shift work (at least fifty percent (50%) of scheduled FTE hours on

13 night shift) will receive $1.00 increase, applicable as long as RN stays

14 regularly scheduled (fifty percent (50%) test) on night shift ($11.00/hr total

15 night shift premium)

16 • Three (3) consecutive twelve (12) month periods regularly

17 scheduled night shift – additional $1.00 ($12.00/hr total night shift

18 premium)

19 • Five (5) consecutive twelve (12) month periods regularly scheduled

20 night shift – additional $2.00 ($14.00/hr total night shift premium)

21 • All twelve (12) month periods will be evaluated four (4) times per

22 year, on the first (1st) of January, April, July, and October of each

23 year, with increases paid prospectively only.

24

25 A nurse who changes regular work shifts so as to lose the consecutive

26 years night shift differential, but who returns to night shift for at least fifty

27 percent (50%) of scheduled FTE hours within twelve (12) months, will

28 again be eligible for the same level of consecutive years night shift

29 differential and retain prior accrual credits toward the next consecutive

30 years differential level, if applicable.

**Weekends:**  The nurse will receive a weekend differential of $2.50/hr. The "weekend" is from 11:00 P.M. Friday to 11:00 P.M. Sunday.

An RN must work at least one (1) hour in a differential period to be eligible for the shift differential specified in Exhibit A.5.

**A.6    Standby:**

**1.  Standby Definitions:**

- **Scheduled/Procedural Standby:** Standby regularly scheduled as a normal part of staffing a 24/7 procedural or procedural support unit. When on scheduled standby, the RN is required to report to work if called-in during standby hours. Required response times vary by unit.
- **Staffing Standby:** Standby assigned to a nurse who has been called off a normally scheduled shift. Staffing Standby is assigned at the request of the Hospital, and typically is assigned to volunteers. If there are no volunteers, the Hospital may assign mandatory staffing standby.
- **Mandatory Standby:** Mandatory standby is any standby for which a nurse has not volunteered. Mandatory standby is not intended to substitute for adequate staffing of nursing units. The parties agree that long-term, continuous mandatory standby needs to be addressed through staffing adjustments. The Hospital accepts its responsibility to determine staffing contingency requirements and the exact nature and length of standby time.

**2.  Scheduled/Procedural Standby:**

- Each nursing unit that requires scheduled/procedural standby may elect to schedule standby coverage under one of the two following options. The decision on which option to use will be determined by unit leadership, after first submitting it to the Unit-Based Staffing and Scheduling Committee. In the event a department changes from one

1    Option to the other, it will do so in accordance with the regular
2    scheduling cadence.

**Option 1 – Traditional Voluntary Rotation**

**A.    Scheduling of Scheduled/Procedural Standby:**
*ARRMC will*:
1.  First attempt to solicit volunteers for such scheduled standby.
2.  In situations where there are not enough volunteers for scheduled standby, ARRMC may implement a fair rotational system for distribution of required standby among the nurses in the involved work unit in inverse seniority order.
3.  Mandatory standby will not be imposed unless other reasonable alternatives for adequate staffing are explored and are not successful for adequate staffing. Such reasonable alternatives include volunteers, floating employees from other units, utilizing available flexible employees, etc.
4.  Prior to any imposition of a mandatory standby system in a unit, the Hospital will discuss the situation with the Association and attempt to resolve problems in advance.
5.  After twenty-five (25) years of service in any ARRMC job category (from date of hire) mandatory standby will not be required.
6.  Up to two (2) primary charge nurses may be exempt from the traditional voluntary call rotation if the Unit-Based Staffing and Scheduling Committee approves.

**B.    Additional Provisions for Callbacks to work while on Scheduled/Procedural Standby:**

1.  **Standby After 1:00 a.m. for Day Shift Employees:** When a nurse works at the Hospital while on standby after 1:00 a.m., the nurse will

1    be given the opportunity to decline to work all or part of his or her

2    regularly scheduled shift on that same day.

3         *Example:* Nurse's regular start time is 8:00 a.m. The nurse is

4         called back from standby and works from midnight to 2:00 a.m. The

5         nurse can either decline to work the scheduled shift or return to

6         work at 10:00 a.m. Under no circumstances may a nurse be

7         required to work more than sixteen (16) continuous hours, absent

8         instituting the disaster protocol.

9

10    2. **10-Hour Rest:** In addition, an RN who does not work call hours after

11        1:00 a.m. still retains the right to ten (10) hours rest before reporting to

12        work.

13        *Example:* Nurse's regular start time is 6:00 a.m. Nurse works call

14         hours 10:00 p.m. to midnight the day before. The nurse can report

15         to work at 10:00 a.m.

16

17    3. **Notice of 1:00 am or 10-Hour Rest Need:** A nurse exercising either

18        the "1:00 a.m." or "10-hour rest" options must so inform the appropriate

19        supervisor as soon as possible.

**C.**    **Scheduled/Procedural Standby Pay under Option 1:**

1. **Option 1 Standby Pay Rate:** Nurses will receive the following tiered pay based upon the total amount of scheduled standby per month:

| Scheduled Standby Hours per Month | Standby Rate of Pay per Hour |
|---|---|
| 0 – 30 hours | $12 |
| 31 – 60 hours | $13 |
| 61 – 90 hours | $14 |
| 91 – 120 hours | $15 |
| 120+ hours | $16 |

2. **Callback Pay Rate:** Each time a nurse on standby is called to the Hospital, the nurse will be paid callback pay at the applicable rate for the actual time worked, but in no event for less than two (2) hours. Standby pay will continue during time worked while on standby status. Callback pay will include evening, night, and weekend differentials. Callback pay will include Charge differential, as applicable.

3. **Short Notice Standby Call-back Pay:** If an RN is placed on mandatory standby within forty-eight (48) hours, or volunteers to take a vacant standby shift within forty-eight (48) hours of the start time of the standby, the nurse will be paid double time if called back to work. In such situation, the RN placed on standby may agree with another nurse on the list to replace the nurse for such mandatory standby, and the double time rate will likewise apply if this nurse is actually called back to work. Alternatively, the RN may solicit a volunteer replacement nurse not on the list, who will be paid at the rate appropriate to that nurse if called back to work.

**Option 2 – Rotating Weekly Call Schedule.**

**A.**   Nurses will be scheduled to be on call for one week (seven days) at a time, to correspond with the "workweek" for overtime purposes. These "call nurses" will not be scheduled to work any other hours, except on a volunteer basis, which will be documented in writing. Nurses volunteering for such scheduled shifts will be paid their straight-time rate of pay and any applicable incentive pay for such shifts, in addition to the standby compensation provided in paragraph b, below.

**B.**   Nurses on standby in Option 2 will be compensated for forty (40) hours of regular time, regardless of hours worked.  Nurses will not receive any traditional standby pay. Any hours worked while on standby during Monday through Friday will not be additionally compensated, up to forty (40) hours worked while on standby.

**C.**   Any hours worked over forty (40) Monday through Friday will be compensated at overtime (1.5 times the nurse's regular rate of pay) and/or premium time as otherwise provided in Article 6.5 of this Agreement.

**D.**   Any hours worked while on standby from 11:00 pm Friday to 11 pm Sunday (the traditional "weekend") will be compensated at the overtime rate (1.5 times the nurse's regular rate of pay).

**E.**   Nurses will be scheduled for weekly call rotation on an equitable rotation basis.

**F.**   Nurses with twenty-five (25) years of service in any ARRMC job category (from date of hire) may be exempt from the weekly call rotation.

**G.**   Up to two (2) primary charge nurses may be exempt from the weekly call rotation.

**Staffing Standby:**

**1. Pay:**

- RNs placed on Staffing Standby will receive $5.00 per hour for scheduled standby pay.
- After being placed on Staffing Standby, the RN will only be required to report to work if called during standby hours. If an RN is placed on Staffing Standby, and then prior to the originally scheduled start time of the shift is called to report to work, he or she will receive straight time pay for third (3rd) and subsequent hours actually worked (absent overtime being required by some other provision of this Agreement), and will be paid at time and one-half (1-½) for the first two (2) hours of work. If an RN is called back to work during standby hours, the RN will receive time and one-half (1-½) for all hours worked during the standby time (with a two (2) hour minimum), and otherwise will receive straight time pay (absent overtime being required by some other part of this Agreement). Standby pay will continue during time worked while on standby status.

- **Scheduling:** The Hospital will use its best efforts to give at least two hours advance notice of shift cancellation and staffing standby status. If the Hospital does not provide at least one (1) hour notice of shift cancellation, the nurses shall be offered two (2) hours of work or regular pay, in addition to any applicable standby pay. A nurse will have no duty to be on staffing standby unless the nurse is specifically told to be on standby. The nurse will also have a staffing standby obligation only for the hours he or she is specifically told to be on standby. Upon providing notice of staffing standby status, the Hospital will place nurses on staffing standby for either four (4) or eight (8) hours. If the staffing standby is extended beyond the initial four (4) or

1    eight (8) hours, it must be extended for the remainder of the scheduled
2    shift.
3
4    **A.7**    <u>**Transport Pay:**</u> Nurses on transport will receive an additional pay as follows:
5
6    • Neonatal or Maternal transport - $250 transport pay plus straight time pay
7      for all hours a nurse works on transport that would otherwise be part of the
8      RN's regularly scheduled hours, and an overtime premium rate of one and
9      one-half (1.5) times the RN's regular rate for all other transport hours. The
10     Hospital will provide nurses who are members of the transport team an
11     additional $200,000 of accidental death and dismemberment insurance
12     coverage applicable to transport work. Each of these types of transport
13     pay will apply regardless of whether or not the RN is called to transport
14     duty from regular duty or from standby or off-duty time. An RN called to
15     transport from on-duty time will be replaced on the unit if staffing allows.
16    • If the Hospital requires uniforms for transport RNs, it shall provide up to
17      two (2) uniforms per calendar year either free of charge or reimburse the
18      RN for their cost.
19
20    **A.8**    <u>**Flexible Status Nurses:**</u> Flexible status nurses will receive fifteen percent (15
21    %) above their base rate for each hour worked in lieu of all benefits provided to
22    full-time and part-time nurses under this contract. Any RN, regardless of status,
23    who is eligible for benefits paid to full- or part-time employees under this contract,
24    is not entitled to this fifteen percent (15%) payment.
25
26    **A.9**    <u>**Base Pay Wage and Step Increases:**</u> Nurses will be granted a base pay wage
27    increase on their eligibility date provided the nurse's performance is satisfactory
28    by meeting or exceeding performance standards. The times when nurses are
29    eligible for pay increase will be computed as follows:

1. Annually on the nurse's continuous employment anniversary provided 1,040 compensable hours have been completed since the nurse's date of continuous employment or immediate prior step increase until the nurse has reached the top step. If on the above date 1,040 compensable hours have not been reached, advancement will be upon completion of 1,040 compensable hours.

2. The Step VIII rate is for all nurses who have been compensated at least 1,040 hours annually for at least ten (10) years. Otherwise, nurses will be eligible for the Step VIII rate after they have been compensated at least 1,040 hours annually for four (4) years following their Step VI increase.

The Step IX rate is for all nurses who have been compensated at least 3,120 hours and three (3) years at Step VIII, whichever comes last.

The Step X rate is for RNs who have been compensated at least 2,080 hours and two (2) years at Step IX, whichever comes last.

The Step XI rate is for RNs who have worked at least three (3) years at Step X and who have been compensated at least 3,120 hours at Step X, whichever comes last.

The Step XII rate is for RNs who have worked three (3) years at Step XI and who have been compensated at least 3,120 hours at Step XI, whichever comes last.

The Step XIII rate is for RNs who have worked three (3) years at Step XII and who have been compensated at least 3,120 hours at Step XII, whichever comes last.

1    **See wage schedule in Exhibit D**

| Step | Eligibility |
|------|-------------|
| 1 (I) | |
| 2 (II) | 1 year and 1,040 hours since previous RN anniversary |
| 3 (III) | 1 year and 1,040 hours since change to Step 2 |
| 4 (IV) | 1 year and 1,040 hours since change to Step 3 |
| 5 (V) | 1 year and 1,040 hours since change to Step 4 |
| 6 (VI) | 1 year and 1,040 hours since change to Step 5 |
| 7 (VII) | 1 year and 1,040 hours since change to Step 6 |
| 8 (VIII) | 3 years* and 3,120 hours since change to Step 7 |
| 9 (IX) | 3 years* and 3,120 hours since change to Step 8 |
| 10 (X) | 2 years* and 2,080 hours since change to Step 9 |
| 11 (XI) | 3 years* and 3,120 hours since change to Step 10 |
| 12 (XII) | 3 years* and 3,120 hours since change to Step 11 |
| 13 (XIII) | 3 years* and 3,120 hours since change to Step 12 |

2

3    **A.10    <u>Minimum Standards:</u>** The Association recognizes this contract to be the

4    minimum standards of employment. This contract should not be construed to limit

5    management's right to reward an individual nurse's performance or prior

6    experience over and above the prescribed conditions called for in this

7    Agreement. In recognition of pending business developments, the Hospital may

8    propose and/or implement above contract conditions for certain classifications or

9    units, after discussions with the Association.

10

11    Recognizing that the minimum pay rates set forth in Exhibit D will be observed,

12    the Hospital may implement a clinical ladder program to provide additional pay

13    based on special nursing skills.

14

15    The parties commit to work together in the implementation of a clinical ladder

16    program in consultation with other Hospital/ONA committees or officials.

**A.11  Incentive Shifts:**

    **1.** There are currently two (2) levels of incentive pay for extra work.

    **2.** Advanced Shift Incentive Seven (ASI-7) for sign-up for shifts of four (4) hours minimum length seven (7) days in advance.  This ASI-7 incentive will continue when an RN works over scheduled shift hours.

    **3.** Critical Needs Incentive Shifts ("CNI Shifts") for agreement to work extra shifts or above shift hours inside of seven (7) days.

    **4.** ASI-7 shift payment is $30.00/hr. CNI hours' payment is $25.00/hr.

    **5.** ASI-7 applies to staffing vacancies which remain after the schedule has been posted as balanced and vacancies filled as much as possible, including offering any holes in the schedule to part-time and flexible status nurses, and/or core unit Traveler RNs, prior to the schedule being posted.

    **6.** ASI-7 Shifts can be paid for any hours worked.

    **7.** Nurses on ASI-7 or CNI Shifts will be designated for first call off before regularly scheduled RNs and paid the shift incentive for all hours worked. A nurse on ASI-7 or CNI who has been called off may volunteer to be on standby but cannot be required to take mandatory standby.

    **8.** The goal of this incentive shift program is not to incentivize regular status RNs to drop below current FTE status.  Except as provided in No. 17 below, any RN who drops below current (as of ratification) FTE status will be ineligible for either type of shift incentive for six (6) months.

9. Except as provided otherwise in No. 17, only regular status RNs are eligible for these incentive payments, and only if they actually work (including Staffing Standby, MCO and ETO hours) their FTE status for the workweek in question, in addition to the ASI-7 or CNI hours.

10. No nurse who has been regularly scheduled to work the shift or hours in question as part of his or her FTEs, or who is on standby for the shift or hours, will be eligible for either type of incentive pay. RNs on standby will receive applicable standby pay.

11. The ASI-7 and CNI payments are themselves premium rates, they are not part of the wage rate for calculation of overtime.

12. New graduates are eligible after completion of orientation.

13. Nurses on CNI Shifts shall also receive overtime for over 40 hours worked in a workweek, other premium pay and differentials to which they would otherwise be entitled.

14. These incentive shifts are paid for actual patient care hours only.

15. CNI hours will be paid for nurses working on extra shifts for which they have signed up, and for extra continuous hours worked above their scheduled shifts.

16. Continuous worked hours above a shift that are paid with an ASI-7 incentive will continue to be paid as an ASI-7 incentive.

17. Continuous worked hours above a scheduled shift will be paid CNI, regardless of whether the shift is straight time or overtime, and regardless of

whether the nurse working the shift is regular or flexible status (including reduced FTE RNs under No. 8 above.)

**18.** ASI-7 shifts will be scheduled in an equitable rotation per unit-based scheduling guidelines.

**19.** ASI-7 and CNI Shifts may ultimately be incorporated into shift bidding software.

**20.** Cross-trained nurses will be allowed to sign up for ASI-7 and CNI shifts in accordance with the receiving unit's guidelines.

**21.** NRT nurses will be allowed to sign up for ASI-7 and CNI shifts in units in which they are cross-trained, in accordance with the receiving unit's guidelines and with no obligation as an NRT while working that shift.

The goals of this program are to incentivize RNs to sign up in advance for vacancies in the schedule, to reduce the amount of time support staff spends trying to achieve adequate staff for last minute vacancies, to reduce Traveler RNs, to be a consistent and simple Hospital-wide system, to reward and recognize extra work by RNs, and to lower the stress levels of all staff, management and schedulers.

**EXHIBIT B – OVERTIME CALCULATION RULES**

(Please check the applicable option box(es) and obtain the required signatures at the bottom of this form.  Forward completed form to Human Resources.)

**8- & 80-HOUR RULE**

1.  I understand and agree to work under the 8- & 80-HOUR RULE for purposes of overtime pay calculations.  Overtime will be paid for those hours worked in excess of eighty (80) hours in a fourteen (14) day work period and/or in excess of eight (8) hours in any workday. *

**40 HOUR RULE**

2.  I understand that only those hours worked in excess of FORTY (40) HOURS in a seven (7) day period of time will be paid as overtime.  This rule permits the scheduling and working of more than eight (8) hours in a workday without payment of overtime. **

**EXTENDED SHIFT RULE**

3.  I understand and agree that, if I work EXTENDED SHIFTS (more than eight (8) hour shifts), I will be paid overtime on the basis of the 40 Hour Rule.  The 40 Hour Rule states, in part, that only those hours worked in excess of forty (40) in a seven (7) day period of time** will be paid as overtime.  In addition, the Hospital will pay me (extended shift employee) overtime for additional hours worked in excess of my scheduled 10 or 12 hour shifts within 24 hours of my original start time on that shift.

IN ADDITION TO SELECTING ONE OF THE THREE OPTIONS LISTED ABOVE, YOU MAY ALSO WANT TO SELECT THE FOLLOWING WAIVER:

4.  If ARRMC requires you to work 5 consecutive full shifts (12 hours) or 6 consecutive full shifts (8 or 10 hours), the consecutive days thereafter will be paid as overtime, if the hours are not already subject to overtime payment.  However, this provision can be waived by checking this box.  If you check this box, ARRMC will apply your

straight time rate, if you work the above number of days in a row.

**5.** I understand the position I have accepted is exempt from overtime under the wage & hour law.

**6.** I agree to waive the payment of overtime when I work the weekends.

_____     _____
Employee Signature          Date       Supervisor/Dept. Head     Date

_____
Print Name

_____
Effective Date (Pay Period Ending)

_____
Social Security Number

**Notes:**

\* Each pay period normally begins at 7:00 a.m. on Sunday of each week and continues for fourteen (14) days.

\*\* A seven (7) day period is normally 7:00 a.m. on Sunday of each week and continues for seven (7) days.

### EXHIBIT C – HOSPICE AGREEMENT

**1.** Full-time/part-time field staff nurses will be paid the amount of the cell phone contract up to $50.00 per month. On-call nurses will be paid the amount of the cell phone contract up to $40.00 per month. Cell phone reimbursement for field staff no longer applies if alternate communications technology is developed, in which case reimbursement for such alternate communications technology will be negotiated, if necessary, during the contract term.

**2.** In addition to other shifts, there will be a regular shift from 1700 to 0130. A nurse working this regular shift will be paid the hourly rate of pay (as defined in Exhibit A) for those hours worked, regardless of volume of patient calls and visits. This will include an unpaid 30-minute lunch period. The lunch period will typically be scheduled toward the middle of the shift, in collaboration with the other assessment nurse working that night, so that any incoming calls can be taken by the other nurse during the lunch period. It is understood that occasionally patient needs may require the nurse to work through the lunch period. If that occurs, the nurse will be paid for that time.

**3.** The evening shift premium for hours worked will be $2.50 between 1800 and 2300, the night shift premium for hours worked will be $10.00 and will be paid between 2300 and 0700.

**4.** For the remainder of the typical 15-hour shift, from 0130 to 0800, Scheduled Standby pay of $5.00 will be paid. There will be a minimum of 15 minutes of pay at time-and-a-half for any calls or visits that occur during this scheduled standby time. No other changes will be made to the pay practice after 0130.

**5.** The above shift will be used to calculate the FTE status of a nurse. For example, a nurse who is regularly scheduled for ten of the above 8-hour shifts during a two week pay period would be considered 1.0 FTE; a nurse scheduled to work for seven of the above shifts would be considered 0.7 FTE for benefits purposes.

1    **6.** Case Manager differential will be paid as specified in Exhibit A.

1    **EXHIBIT D – WAGE RATES**

2    **October 1, 2023 through October 1, 2026**

3    Job Code 516 Wage Rates

| Step | Sept. 30, 2023 | Oct. 1, 2023 | Oct. 1, 2024 | Oct. 1, 2025 |
|---|---|---|---|---|
| | **Rate** | **$10.00** | **4.00%** | **4.00%** |
| 1 | **$39.92** | $49.92 | $51.92 | $53.99 |
| 2 | **$40.85** | $50.85 | $52.88 | $55.00 |
| 3 | **$42.51** | $52.51 | $54.61 | $56.79 |
| 4 | **$44.10** | $54.10 | $56.26 | $58.51 |
| 5 | **$45.71** | $55.71 | $57.94 | $60.26 |
| 6 | **$47.36** | $57.36 | $59.65 | $62.04 |
| 7 | **$50.90** | $60.90 | $63.34 | $65.87 |
| 8 | **$53.07** | $63.07 | $65.59 | $68.22 |
| 9 | **$54.65** | $64.65 | $67.24 | $69.93 |
| 10 | **$55.72** | $65.72 | $68.35 | $71.08 |
| 11 | **$57.69** | $67.69 | $70.40 | $73.21 |
| 12 | **$59.99** | $69.99 | $72.79 | $75.70 |
| 13 | **$61.92** | $71.92 | $74.80 | $77.79 |

4

5    Effective dates indicate first full pay period of month listed.

1    **EXHIBIT E – WOMEN'S AND CHILDREN'S SERVICES – CLOSED SERVICE LINE**

2    The following provisions as they relate to the floating for registered nurses (RNs) with

3    positions in Women's and Children's Services (WCS).

4

5    **E.1    Floating Outside Service Line:** Nurses within WCS will not be required, but

6    may volunteer, to float outside of the service areas of NICU, Pediatrics, FBC, and

7    Maternal Child. Specialty populations within this service line include labor and

8    delivery, post-partum, neonatal, and inpatient pediatrics. Nurses working in the

9    WC service line who desire to float outside of their service line may submit their

10    name to a voluntary float list that shall be available to Hospital leadership and

11    charge nurses in each unit. If an RN floats outside of the service line, an

12    appropriate assignment shall be serving as a sitter in an observer role only. An

13    RN must give reasonable notice before removing their name from the float list.

14    Each unit will develop a process to keep an up-to-date volunteer float list to

15    communicate with the staffing office.

16

17    **E.2    Floating Within WCS:** Starting in January 2025, all nurses within WCS, after

18    successful completion of their introductory period on their home department and

19    specialty patient population, will maintain one secondary specialty within WCS for

20    the purpose of safely staffing these specialty departments / patient populations,

21    particularly during times of increased patient volumes in one specialty. To fulfill

22    the orientation requirement to the secondary specialty, the RN must be

23    competent to care for the average (medium) acuity of the patient population and

24    must complete the requirements set forth by the service line council.

25

26    Each nurse will be required to maintain the skills to allow them to be safely

27    reassigned to another WCS unit. Floating will be done in an equitable rotation,

28    based on skill mix, between the specialty areas of WCS. Each nurse will be

29    required to maintain the skills to allow them to be safely reassigned to another

30    WCS unit. Nurses within WCS cluster may be used as sitters for patients within

31    MCS but will not be utilized for sitter assignments for patients from other

departments. Nurse managers, designee, or charge RNs may mandate an out of turn float/assignment for skill mix and/or patient safety; every effort will be made to respect float rotations, and any deviation from normal rotation will be in exceptional circumstances.

**E.3** **Timeline for Implementation:**

- February 2024: Closed Service Line
- July 2024: Service line council will form, meet to develop competency education plan.  Will meet monthly until orientation/education begins with plans to meet quarterly thereafter to assess for needed changes.
- January 2025: Orientation and education requirements set forth by the Service Line Council will begin. Orientation order will be determined by the Service Line Council.

**E.4** **Service Line Council:**

- The Service Line Council will consist of at least two (2) RNs from each Women's and Children's unit with up to four (4) RNs from each unit. The RNs on the council may volunteer to join and the units will vote if more than four (4) RNs have agreed to serve.
- The Service Line Council will submit their final requirements to the designee appointed by the Hospital for implementation.

**E.5** **Goals of Service Line Council:**

- Identify patient populations in each department that could be assigned to an RN with a secondary specialty.
- Identify specific competencies needed to care for these patient populations.

1            ● Identify education and/or orientation needs to support competency,

2                including content and modality of education and/or orientation.

1    **EXHIBIT F – NURSE RESIDENCY PROGRAM**

2    <u>**DEFINITIONS**</u>

3    • **New Graduate Nurse:** currently licensed with less than 12 months of nursing
4       licensure or relevant experience.

5    • **Nurse Residency:** a planned, comprehensive program with identified start dates
6       through which currently licensed RNs with less than 12 months of nursing
7       licensure or relevant experience demonstrate the knowledge, skills, and
8       behaviors required to meet defined standards of practice and performance.

9    • **Fellowship:** A currently licensed nurse with more than 12 months of nursing
10      licensure but less than 1 year of experience in a clinical grouping service
11      /specialty area.

12

13   The Asante Nurse Residency Program will serve new graduate residents.  Residency
14   start dates will be clearly identified by the Hospital. Residency typically spans the first
15   12 months of employment and provides a comprehensive infrastructure to support the
16   new nurse's transition into clinical practice with the goal of developing knowledge, skills,
17   and behaviors required to move from entry level competence towards proficiency and
18   expertise.

19

20   The Asante Residency program provides the nurse with comprehensive, structured
21   clinical and didactic training. Training progresses from the fundamentals to complex
22   concepts of knowledge, technical skill, ability, ethical principle, and clinical reasoning
23   which are relevant to the practice role/unit, recognized standards of practice, and
24   patient safety. The residency fosters professional development, practice improvement,
25   and the development of mentoring relationships.

26

27   Review and completion status of outlined residency components will be included in the
28   new hire/probationary nurse performance review initially at residency midpoint, at 6
29   months, and at the next yearly performance review.

30

31   In the event identified residency education, competencies, or performance standards

1  are not met, or if the resident requests transfer from the department, the manager and
2  resident will identify an action plan to address learning and/or performance opportunities
3  or request for transfer.
4
5  Resident RNs may be eligible for a retention bonus in accordance with the Asante
6  Residency Bonus Procedure.  Resident RNs may be required to make a time
7  commitment, in accordance with Asante policy.
8
9  In addition to the Nurse Residency Program, Asante anticipates developing a
10  Fellowship Program to allow experienced nurses to train in new specialty areas.

THIS PAGE LEFT INTENTIONALLY BLANK

THIS PAGE LEFT INTENTIONALLY BLANK

**OREGON NURSES ASSOCIATION (ONA)**
**CONTRACT RECEIPT FORM**

(Please fill out neatly and completely.)

Return to Oregon Nurses Association

18765 SW Boones Ferry Road, Ste. 200, Tualatin, OR  97062-8498

Or by Fax 503-293-0013.

Thank you.


Your Name: _____


I certify that I have received a copy of the ONA Collective Bargaining Agreement with

Asante Rogue Regional Medical Center, October 1, 2023 – September 30, 2026.


Signature: _____


Today's Date: _____


Your Mailing Address:

_____

_____

_____


Cell Phone: _____      Work Phone: _____


Email: _____


Unit: _____


Shift: _____

THIS PAGE LEFT INTENTIONALLY BLANK

## RESOURCES

**Oregon Health Authority (OHA):**
https://www.oregon.gov/oha/pages/index.aspx


**Oregon Bureau of Labor & Industries (BOLI):**
https://www.oregon.gov/boli/pages/index.aspx


**Oregon State Board of Nursing (OSBN):**
https://www.oregon.gov/osbn/pages/index.aspx